# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELIZABETH SULLIVAN, MAURICE JONES and ANTHONY C. COOK,**

      **Plaintiffs,**

**v.**          Case No:   6:17-cv-891-Orl-40KRS

**GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY,**

      **Defendants.**

## ORDER

This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **RENEWED JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO DISCLOSE EXPERT REPORTS FOR CLASS CERTIFICATION** (Doc. No. 86)
>
> **FILED:** September 12, 2018
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

Based on the information provided about the availability of Plaintiffs' expert Jeffrey Martin to be deposed, the deadline for Defendants to disclose their expert report is extended up to and including October 12, 2018. No other deadlines are extended by this order, and counsel for both

parties confirmed that they will not seek an extension of the November 1, 2018 deadline for Plaintiffs' Motion for Class Certification.[1]

The parties' joint motion provides no information as to Plaintiffs' expert Karen Matera. Therefore, Ms. Matera's availability does not provide a basis for any further extension of the deadline to serve Defendants' expert witness report.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] During the telephonic hearing conducted on the joint motion (Doc. No. 87), Plaintiffs' counsel represented that the November 1, 2018 deadline will not be affected as Plaintiffs do not anticipate deposing Defendant's expert.