# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| ANTHONY COOK, MICAH BELLAMY, and MAURICE JONES, as Personal Representative and on behalf of the Estate of Kailyn Jones, each individually and on behalf of all others similarly situated, | CASE NO.: 6:17-cv-891-ORL- 40KRS |
| Plaintiffs, | |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. _____ / | |
| ANTHONY LORENTI and ASHLEY BARRETT, Individually and on behalf of all others similarly situated, | CASE NO.: 6:17-cv-1755-PGB- 40DCI |
| Plaintiffs, | |
| v. | |
| GEICO INDEMNITY COMPANY, | |
| Defendant. _____ / | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY EXISTING DEADLINES AND TO SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL**

Plaintiffs Anthony Cook, Maurice Jones, Micah Bellamy, Anthony Lorenti, and Ashley Barrett (together "Plaintiffs") and Defendants Government Employees Insurance Company, GEICO General Insurance Company, and GEICO Indemnity Company (together "GEICO") file

this Joint Notice of Settlement and Request to Stay Existing Deadlines and Set Deadline for Filing Motion for Preliminary Approval.

The Parties have reached a settlement and are finalizing a settlement agreement and notice plan.  The Parties expect to be able to file a Motion for Preliminary Approval on November 20, 2019.

For the foregoing reasons, the Parties request that the Court stay all existing deadlines and set a deadline of November 20, 2019 for the Parties to submit a Motion for Preliminary Approval.

Jointly submitted this 29th day of October, 2019.

| /s/Jacob Phillips_____ | /s/Kymberly Kochis_____ |
|---|---|
| Edmund A. Normand | Kymberly Kochis |
| Florida Bar No. 0865590 | Alexander Fuchs |
| Jacob Phillips | **Eversheds Sutherland (US) LLP** |
| Florida Bar No. 0120130 | 1114 Avenue of the Americas |
| **Normand PLLC** | The Grace Building 40th Floor |
| 3165 McCrory Place | New York, NY 10036 |
| Suite 175 | 212-389-5000 |
| Orlando, FL 32803 | kymberlykochis@eversheds-sutherland.com |
| Telephone: (407) 603-6031 | alexfuchs@eversheds-sutherland.com |
| Facsimile: (888) 974-2175 | |
| Ed@EdNormand.com | Susan B. Harwood |
| | Attorney at law |
| Christopher J. Lynch | Florida Bar No.: 375667 |
| Florida Bar No. 331041 | **Kaplan Zeena LLP** |
| **Christopher J. Lynch, P.A.** | 2 South Biscayne Blvd. |
| 6915 Red Road, Suite 208 | One Biscayne Tower, Suite 3050 |
| Coral Gables, Florida 33143 | Miami, FL 33131 |
| Telephone: (305) 443-6200 | Telephone: (305) 530-0800 |
| Facsimile: (305) 443-6204 | Facsimile: (305) 530-0801 |
| Clynch@hunterlynchlaw.com | susan.harwood@kaplanzenna.com |
| Lmartinez@hunterlynchaw.com | *Counsel for Defendants* |

Bradley W. Pratt
Florida Bar No. 0094300
**Pratt Clay, LLC**
4401 Northside Parkway, Suite 520
Atlanta, Georgia 30327
Telephone:  (404) 949-8118
Facsimile:  (404) 949-8159
bradley@prattclay.com

Tracy L. Markham
Florida Bar No. 0040126
**Southern Atlantic Law Group, PLLC**
2800 N 5th Street, Suite 302
St. Augustine, Florida 32084
Phone: (904) 794 7005
Facsimile: (904) 794 7007
tlm@southernatlanticlaw.com
pleadingsonly@southernatlanticlaw.com

Christopher B. Hall
Georgia Bar No. 318380
Appearing Pro Hac Vice
Andrew Lampros
**Hall & Lampros, LLP**
Phone:  (404) 876-8100
Fascimile:  (404) 876-3477
alampros@hallandlampros.com
chall@hallandlampros.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, October 29, 2019, I electronically filed the foregoing Joint Notice using the Court's ECF system, which will automatically serve the following counsel of record for Defendant:

>Alexander Fuchs
>**Eversheds Sutherland (US) LLP**
>1114 Avenue of the Americas
>The Grace Building 40th Floor
>New York, NY 10036
>212-389-5000
>Email: alexfuchs@eversheds-sutherland.com
>
>Susan B. Harwood
>Attorney at law
>Florida Bar No.: 375667
>**Kaplan Zeena LLP**
>2 South Biscayne Blvd.
>One Biscayne Tower, Suite 3050
>Miami, FL 33131
>Telephone: (305) 530-0800
>Facsimile: (305) 530-0801
>susan.harwood@kaplanzenna.com
>
>Amelia Toy Rudolph
>**Eversheds Sutherland (US) LLP**
>999 Peachtree Street, N.E.
>Suite 2300
>Atlanta, GA 30309
>(404) 853-8000
>Email: amyrudolph@eversheds-sutherland.com
>
>Kymberly Kochis
>**Eversheds Sutherland (US) LLP**
>1114 Avenue of the Americas
>The Grace Building 40th Floor
>New York, NY 10036
>212-389-5000
>Email: kymberlykochis@eversheds-sutherland.com

                                                */s/*Jacob Phillips