**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAURICE JONES, ANTHONY C. COOK and MICAH BELLAMY,**

       **Plaintiffs,**

v.                                             Case No:  6:17-cv-891-Orl-40LRH

**GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY,**

       **Defendants.**

## SCHEDULING ORDER

| | |
|---|---|
| Website Notice Posted by Settlement Administrator | April 18, 2020 |
| Deadline for Settlement Administrator to Mail Direct Mail Notice | April 18, 2020 |
| Deadline for Settlement Class Members to Opt-Out of Agreement | May 18, 2020 |
| Deadline for Submission of Notice of Intent to Object | May 18, 2020 |
| Deadline for Settlement Class Members to File Claims | June 10, 2020 |
| Deadline for Class Counsel to File Motion for Final Approval of Settlement, Application for Attorneys' Fees, Costs, and Expenses, and for a Service Award | June 2, 2020 |
| Deadline for Settlement Administrator to File Proof of Completion of Notice, along with Opt-Out List | June 7, 2020 |
| Fairness Hearing | June 17, 2020 2:00 PM Courtroom 4B |

**DONE AND ORDERED** in Orlando, Florida, this 14th day of January, 2020.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE