**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MAURICE JONES, ANTHONY C.
COOK and MICAH BELLAMY,

        Plaintiffs,

v.                                Case No:  6:17-cv-891-Orl-40LRH

GOVERNMENT EMPLOYEES
INSURANCE COMPANY and GEICO
GENERAL INSURANCE COMPANY,

        Defendants.
_____/

## ORDER

This cause comes before the Court upon a *sua sponte* review of the file. On February 3, 2020, the Court received a letter from the Deputy Commissioner of the Louisiana Department of Insurance informing the Court that the contact information contained in the Notice of a Proposed Class Settlement was invalid. The Louisiana Department of Insurance informed the Court that the Notice may be in violation of 28 U.S.C. § 1715.[1] The above-mentioned letter is attached to this Order for reference.

The parties are therefore **ORDERED TO SHOW CAUSE** by written response filed on or before Tuesday, February 18, 2020, why their Notice to Class Members should not be stricken and the settlement disapproved. The parties must explain to the Court:

1. Whether they agree that the information outlined in the Louisiana Department of Insurance's letter is correct;

---

[1] The Court is aware that 28 U.S.C. § 1715 does not require a call-in number, however, the parties should address the concerns, nonetheless.

2.  If so, the steps the parties are taking to correct the invalid information; and

3.  How this impacts the Final Fairness Hearing set for June 17, 2020.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties