

**LOUISIANA DEPARTMENT OF INSURANCE**
JAMES J. DONELON
COMMISSIONER

January 28, 2020

Presiding Judge Paul Byron
United States District Court
Middle District of Florida, Orlando Division
401 West Central Boulevard
Orlando, FL 32801

Re:  Cook, et at., v. Government Employees Insurance Company, et al.
     Case Number: 6: 17-cv-00891-PGB-LRH

Dear Judge Byron,

By a letter dated December 27, 2019, the law firm Eversheds Sutherland, LLP filed a notice of a proposed class action settlement in the above-mentioned litigation. The point of contact for information was Daniel Burke, Executive Vice President of KCC or his assistant J. Chernila, with a phone number of (415)798-5969.

I write to advise you that this contact information is invalid and rendered this notice of proposed class action settlement violative of 28 U.S.C. § 1715. My staff and I called the referenced number on numerous occasions in early January, but never received a reply. On Friday, January 24, 2020, I was finally able to speak with a person at the referenced number. To my dismay, I learned that this number is associated with the entity "Computer Share" which is a shareholder service entity with no relation, whatsoever, to KCC, or Eversheds Sutherland, LLP, and had no knowledge of this litigation.

From my perspective this appears to be a failure of the attorney's involved in this litigation to comply with 28 U.S.C. § 1715. At a very minimum, I would think that any contact information provided should be accurate, such that any questions a recipient of a notice may have will be answered by someone with knowledge of the litigation. This was not the case in this litigation. This notice should be reissued so the interested parties can perform their due diligence. Only then can you, as the presiding judge, be assured that you are acting properly and in strict compliance with 28 U.S.C. § 1715.

With best wishes and warmest personal regards, I remain,

Very truly yours,

Warren Byrd
Deputy Commissioner, Property and Casualty
Louisiana Department of Insurance

P. O. Box 94214 • Baton Rouge, Louisiana 70804-9214
Phone (225) 342-5900 • Fax (225) 342-3078
http://www.ldi.la.gov