# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MAURICE JONES, ANTHONY C. COOK and MICAH BELLAMY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, and GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 6:17-cv-00891-PGB-KRS |
| ANTHONY LORENTI and ASHLEY BARRETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEICO INDEMNITY COMPANY,<br><br>    Defendant. | Case No.: 6:17-cv-01755-PGB-KRS |

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Defendants Government Employees Insurance Company, GEICO General Insurance Company and GEICO Indemnity Company ("GEICO") and Plaintiffs Maurice Jones, Anthony C. Cook, Micah Bellamy, Anthony Lorenti and Ashley Barrett ("Plaintiffs") (collectively, the "Parties") herby jointly respond to the Court's February 3, 2020, Order to Show Cause.

1.  On December 18, 2019, Plaintiffs filed an Unopposed Motion for Preliminary Approval of a Proposed Class Action Settlement in the above captioned action. Dkt. No. 197. Attached as Exhibit 1 to the Motion for Preliminary Approval was a copy of the Class Action

1

Settlement Agreement (the "Settlement Agreement") entered into between the Parties in the above captioned action. Settlement Agreement, Dkt. No. 197-1.

2. The Settlement Agreement stipulated that KCC Class Action Services, LLC ("KCC") would be the Settlement Administrator. *Id*. at 15. Pursuant to the terms of the Settlement Agreement and the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b), within 10 days of the Settlement Agreement being filed with the Court, KCC, on behalf of GEICO, was to provide CAFA notice by serving on the individuals identified in ¶ 30 of the Settlement Agreement the documents described in 28 U.S.C. § 1715(b)(1) – (8). *Id*. at 22.

3. On December 27, 2019, KCC complied with the terms of the Settlement Agreement and CAFA by mailing sixty notice packets (the "CAFA Notice Packets") to the U.S. Attorney General, the Federal Insurance Chief Commissioner for the Federal Insurance Office, the Insurance Commissioners for each of the 50 States, the District of Columbia, and the 5 recognized U.S. Territories. Affidavit re Mailing of CAFA Notice ("KCC Affidavit") at ¶ 5, attached hereto as Exhibit A.

4. The CAFA Notice Packets included a cover letter that set forth certain information concerning the notice, including a description of the class. Cover Letter, attached as Exhibit 1 to KCC Affidavit. More specifically, the letter stated that it is "believed and anticipated that the majority of Class Members reside in Florida" and that the settlement class is limited to Florida policyholders. *Id*. at 3.

5. In addition, although not required under the statute, a telephone number and e-mail address through which KCC could be contacted regarding any questions related to the CAFA Notice Packets and/or the proposed settlement were provided. KCC Affidavit at ¶ 7. The CAFA

Notice Packets also included numerous case related documents, which contain the contact information for counsel for the Parties. KCC Affidavit at ¶ 4.

6.  On February 3, 2020, the Court issued an Order to Show Cause in response to a January 24, 2020, letter from the Louisiana Department of Insurance (the "Department") raising issues the Department encountered in attempting to reach KCC in response to the CAFA Notice Packets. Order to Show Cause, Dkt. No. 204.

7.  The Parties have reviewed the Court's Order to Show Cause and the Department's letter. The Parties have no reason to dispute the veracity of the statements made in the Department's letter.

8.  Upon receipt of the Order to Show Cause, the Parties had numerous communications with KCC.

9.  KCC and the Parties are extremely disappointed that the Department encountered issues contacting KCC to gather further information concerning the settlement.

10. The direct phone number and e-mail address set forth in the cover letter to the CAFA Notice Packets and described in the Department's letter belong to Jeanne M. Chernila, Project Manager at KCC. KCC Affidavit at ¶ 7.

11. KCC is a subsidiary of Computershare. *Id*. at ¶ 3.

12. Since May 2013, Ms. Chernila has been the primary individual at KCC tasked with CAFA notice mailings, and she has handled more than 500 CAFA mailings. *Id*. at ¶ 2.

13. Ms. Chernila was unexpectedly out of the office on January 13, 2020 and January 20, 2020, due to a medical issue. *Id*. at ¶ 9. While she did not receive any voicemails or e-mails related to this CAFA mailing during this time, she did not forward her phone. *Id*.

14. While KCC has tested and confirmed that the direct telephone number (and voicemail for same) and e-mail provided in the cover letter for Ms. Chernila that accompanied the CAFA Notice Packets have been continuously operational since the CAFA Notice Packets were mailed, to limit any confusion or difficulties in the future, KCC has additionally instituted a number of process changes. These process changes are outlined in KCC's attached affidavit, and include, but are not limited to:

   a. KCC changed the voicemail message associated with the telephone number provided in the notice to clearly identify that the callers have reached the proper contact point for inquiries related to CAFA notices; and

   b. KCC provided further guidance to KCC/Computershare call center employees concerning CAFA notices and to who KCC inquiries concerning CAFA notices should be directed in the event calls are placed to the main KCC number, and not to the specific number provided in the CAFA Notice Packets.

KCC Affidavit at ¶ 10.

15. The Parties will work diligently with KCC to ensure that any inquiries relating to the CAFA Notice Packets are promptly responded to.

16. Out of an abundance of caution, the Parties will also be mailing to each recipient of the CAFA Notice Packets a letter providing the contact information for counsel for GEICO to allow recipients of the notice an alternative point of contact should they have any questions concerning the settlement.

17. The Parties respectfully submit that Notice should not be stricken and that the issues raised by the Department do not support disapproval of the Settlement. The parties further respectfully submit that given the steps taken by KCC and the additional mailing that the Parties

will be undertaking, the Parties believe that neither the Final Fairness Hearing scheduled for June 17, 2020, nor any other interim deadline is impacted in any way.

Dated: February 18, 2020.

By: /s/ Kymberly Kochis
Kymberly Kochis (*pro hac vice*)
Alexander P. Fuchs (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 389-5068
Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com
alexfuchs@eversheds-sutherland.com

Susan B. Harwood
Attorney at law
Florida Bar No.: 375667
**Kaplan Zeena LLP**
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3050
Miami, FL 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801
Susan.harwood@kaplanzeena.com

*Attorneys for Defendants*
*Government Employees Insurance*
*Company, GEICO General Insurance*
*Company and GEICO Indemnity Company*

/s/ Bradley Pratt
Bradley W. Pratt
**Pratt Clay, LLC**
4401 Northside Parkway, Suite 520
Atlanta, GA 30327
Telephone: (404) 998-5258
Facsimile: (404) 949-8159
bradley@prattclay.com

Christopher J. Lynch
**Christopher J. Lynch, P.A.**
6915 Red Road, Suite 208
Coral Gables, Florida 33143
Telephone: (305) 443-6200
Facsimile: (305) 443-6204
clynch@hunterlynchlaw.com
lmartinez@hunterlynchaw.com

Tracy L. Markham
**Southern Atlantic Law Group, PLLC**
2800 N. 5th Street, Suite 302
St. Augustine, FL 32084
Telephone: (904) 794-7005
Facsimile: (904) 794-7007
tlm@southernatlanticlawgroup.com
pleadingsonly@southernatlanticlaw.com

Edmund A. Normand
Jacob L. Phillips
**Normand Law PLLC**
P.O. Box 140036
Orlando, FL 32814
Telephone: (407) 603-6031
Facsimile: (509) 267-6468
ed@ednormand.com
jacob@ednormand.com

Andrew Lampros
Christopher B. Hall
**Hall & Lampros, LLP**
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
Telephone: (404) 876-8100
Facsimile: (404) 876-3477
alampros@hallandlampros.com
chall@hallandlampros.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kymberly Kochis