# Exhibit B

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICAH BELLAMY, ANTHONY COOK,
and MAURICE JONES, et. al.

Plaintiffs,

v.                                        CASE NO.: 6:17-cv-891-ORL-40KRS


GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

Defendants.
_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

Plaintiffs,

v.                                        CASE NO. 6:17-cv-1755-ORL-40DCI


GEICO INDEMNITY COMPANY,

Defendant.
_____

## DECLARATION OF EDMUND A. NORMAND

Edmund A. Normand, declares as follows, pursuant to 28 U.S.C. § 1746:

1.      My name is Edmund A. Normand. I am over the age of majority, provide

this declaration voluntarily, and it is based on personal knowledge.

EXHIBIT B

2.      I have been licensed to practice law in the State of Florida since 1990.

3.      I am a partner in the law firm Normand PLLC ("Normand PLLC"), a firm with three lawyers.  I am one of the attorneys that this court appointed as Class Counsel and I serve as Lead Counsel representing Plaintiffs and the Certified Class in the above-styled lawsuit.  I was the lead negotiator in this case and I worked extensively on discovery, including expert witness depositions and reports. I was also heavily involved in briefing, research of significant issues, factual development and strategic analysis.  I developed the legal theories in the case including, for the first time ever, the pursuit of tag transfer fees as part of the total loss ACV replacement cost damages.

4.      This declaration is submitted in support of the parties' Motion for Approval of Attorneys' Fees and Service Awards.

5.      This declaration sets forth the basis for and background related to the application for attorney's fees and expenses of Normand PLLC, outlines why the application for attorney's fees and expenses is reasonable and should be approved by the Court. It also provides support for the Service Awards of Class Representative  Plaintiffs Bellamy, Jones and Cook.   Further information regarding the efforts of the Class Representatives  are outlined in their respective declarations, which are attached as composite Exhibit G to the Motion.

6.      The factual summary of the events of this lawsuit that I and Normand PLLC lawyers performed are incorporated herein as set forth in the Declarations of Jacob Phillips submitted in support of the Unopposed Motion for Final Approval of

EXHIBIT B

Proposed Class Action Settlement and the Motion for Attorneys' Fees, Costs, and Service Awards.  I have extensively reviewed the declarations submitted by Mr. Phillips and affirm it is true and correct. I have been actively involved in the prosecution of the Action, am intimately familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my active participation.  If called as a witness, I could and would testify competently thereto.

### Time and Resources Expended on the Case

7.      Three lawyers, and multiple legal assistants from Normand PLLC have worked on this matter. The firm takes matters such as this solely on a contingency basis with no way to mitigate the loss of time or costs expended. I served as lead partner in the case for the firm. Jacob Phillips was the other primary lawyer who performed substantial work on the case, including taking co-lead on writing briefs, taking depositions, drafting written discovery, research, and overall strategy.  Non-duplicative work was performed by Attorney Alex Couch who oversaw management of discovery, as well as paralegals and legal assistants primarily related to review of discovery, litigation support, filing, managing case files, client communication, and other tasks.

8.      To date, Normand PLLC's lawyers and paralegals have spent a total of 2,101.33 hours having a value of $1,137,378.25 from September 2017 through the present, calculated at our firm's current customary hourly rates for this type of matter.

EXHIBIT B

9.      These hours reflect an exercise of billing judgment so that all hours incurred actually are not billed. After exercising billing judgment, the amount of time recorded by each lawyer and assistant and their billing rates are as follows:

| Timekeeper | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Normand, Edmund | Partner | $750.00 | 714.66 | $ 535,995.00 |
| Phillips, Jacob | Associate | $525.00 | 1,084.67 | $ 534,120.75 |
| Couch, Alex | Associate | $450.00 | 48.44 | $  21,798.00 |
| Montecalvo, Michelle | Paralegal | $195.00 | 72.85 | $  10,533.55 |
| Sherwood, Janna | Paralegal | $225.00 | 172.07 | $  34,282.95 |
| Schult, Nadia | Assistant | $ 75.00 | 8.12 | $      609.00 |
| Masters, Julie | Assistant | $ 75.00 | 0.52 | $       39.00 |

10.      I believe that the rates set forth above are reasonable and commensurate with, if not lower than, rates charged by lawyers in the Central Florida area handling similar types of complex class action and insurance matters. I have reviewed the hourly tasks for duplication of efforts or unreasonable entries, and believe that the tasks are reasonable and non-duplicative.  There is no way to mitigate the loss of the value of our time invested in this matter apart from the costs awarded in connection with the Class Action settlement.

11.      The aforementioned hours are up through and including June 1, 2020. They do not include any time which will inevitably be expended in continuing to participate in the Settlement process (including submission of claims through June 10,

4

EXHIBIT B

2020), correspondence with Class Members, assisting and monitoring the claims' payment process, preparing for the final fairness hearing, attending the final fairness hearing (during which I will be lead counsel), or any other tasks. I estimate that at minimum an additional 50-60 hours will be expended.

12.    Normand PLLC has expended reasonable costs in this matter of $197,546.05. These costs were necessarily incurred in the prosecution of this matter and are reasonable costs.  There is no way to mitigate the loss of these costs apart from the costs awarded in connection with the Class Action settlement.

13.    Due to the substantial time commitment, Normand PLLC forewent other fee and profit-generating opportunities in pursuit of this case.  We handle only contingency matters, and have limited staff and attorney resources.  Work on this matter kept us from providing attention to other pending or possible matters. I am familiar with the time, expense and efforts required to litigate class action cases on a contingency fee basis, and I am further aware from other cases of the difficulty in litigating against Geico and their able lawyers.  Given the difficulty, cost, and substantial time and effort needed for a case of this type, Normand PLLC would not have taken on this case without the opportunity for a multiplier.

### Normand PLLC's Lawyer Experience

14.    Normand PLLC is a consumer class-action and complex litigation firm. While Normand PLLC is involved in a variety of different types of litigation at the trial and appellate level, Normand PLLC specializes in complex class action litigation in

EXHIBIT B

insurance, privacy violations, and deceptive practices across various industries. The firm also handles select medical malpractice, personal injury and product liability cases.

15.     Normand PLLC is counsel of record in numerous other class action cases, in multiple states, addressing numerous causes of action and various industries.

### Ed Normand - Normand PLLC

16.     I am the sole shareholder/partner and founder of Normand PLLC. Normand PLLC is a consumer litigation and plaintiff's trial law firm with offices in Orlando, Florida. I founded the firm with a focus on complex consumer class action and complex tort and insurance litigation.

17.     As a brief summary of my experience, I graduated from the University of Texas School of Law, with high honors, and was inducted into the Chancellors, which is an honorary society limited to the eight highest GPAs at the law school.  I have been a member of the Florida Bar since 1990.  I have been a Florida Bar Board-Certified Trial lawyer since 2003 (re-certification in 2007, 2012, 2017). I was a Director and President of the Central Florida Trial Lawyers Association 2011-2012. I am an American Mensa Member.  I was nominated and selected as a member of the American Board of Trial Advocates (ABOTA). I have been recognized by my peers with an AV Preeminent Peer Review Rating Martindale-Hubbell. I am certified to practice in the 11th, and 5th United States Circuit Courts. As well as a number of other federal district courts and state courts.

6

EXHIBIT B

18.     I have extensive experience in complex class action cases in federal and state courts. I am currently involved in a number of past and present putative class actions including:

(a) I am lead counsel and appointed Class Counsel in *Roth v. GEICO General Ins. Co.,* Case No. 16-62942-Civ-DIMITROULEAS (S.D. Fla.), in which final judgment was entered on behalf of a certified class of GEICO leased vehicle total-loss insureds due to GEICO's failure to include sales tax and title transfer fees in making ACV payments. The case is presently on appeal in the 11th Circuit.

(b) I am lead counsel and appointed Class Counsel in *Joffe, et. al. v. Geico Indemnity Company et al.*, Case No. 18-61361-CIV-DIMITROULEAS (S.D. Fla.), which involves the non-payment of sales tax and title transfer fees for leased vehicles in making ACV payments.

(c) I am lead counsel and appointed Class Counsel in *Sos v. State Farm Mutual Insurance Company,* Case No. 6:17-cv-890-orl-18KRS, which involves alleged underpayment of sales tax and tag and title fees on total-loss leased vehicles in Florida.

(d) I am lead counsel and appointed Class Counsel in *Venerus v. Avis Budget Car, et al.,* Case No. 6:13-CV-921-CEM-GJK a class action which concerns a failure to procure car rental insurance for hundreds of thousands for foreign car-renters for millions of daily rental transactions.

7

EXHIBIT B

*Venerus* was successfully appealed in the Eleventh Circuit after succeeding at trial for the named Plaintiff and decertification of a previously certified class. The Class is now Certified again as a class action with a trial on class damages pending.

(e) I served as counsel in *Resnick v. AvMed, Inc*., a certified and settled class action which made important law in the data breach jurisprudence in the 11th Circuit, See *Resnick v. AvMed, Inc.*, 693 F.3d 1317, 1325 (11th Cir. 2012).

(f) I served as lead counsel and class counsel on a certified class action in the Middle District of Florida, *Parker, et al., v. Universal Pictures, et al.,* Case No. 6:16-cv-1193-Orl-41DCI*,* a TCPA certified class action involving hundreds of thousands which obtained final approval of a class action settlement of $19.5 million dollars.

(g) I am involved in class actions across Florida and the United States, including the following class action cases in Florida State Courts where I was or am lead counsel and/or class counsel: *Avila-Preciado v. Horace Mann Property Casualty Insurance Co*., Case No. 19-CA-004683, Circuit Court, Lee County Circuit Court, Fla.; *Bracero v. Mendota Insurance Company*, Case No. 2019-015886-CA-01, Miami-Dade County Circuit Court, Fla; *Angelique Harrell v. Mendota Ins. Co.,* Case No. 2019-CA-3794-MA, Duval County Circuit Court, Fla.; *Colon v. Direct*

8

EXHIBIT B

*General Insurance Co.*, Case No.2019-CA-1636 OC, Osceola County Circuit Court, Fla.; *Stephany Carvajal v. Imperial Fire and Cas. Ins. Co.* Case No. 2019-022281-CA-01, Miami-Dade County Circuit Court, Fla.; *Dana Washington v. Integon Preferred Ins. Co.,* Case No. 2019-CA-007733-O, Orange County Circuit Court, Fla.; *Cruz-Santiago v. Amica Mutual Insurance Company,* Case No. 19-CA-006930, Hillsborough County Circuit Court, Fla.; *Giordani et al. v. Ascendant Commercial Insurance, Inc.*, Case No. 2018-CA-001024-O, Orange County Circuit Court, Fla.; *Robley v. IDS Property Casualty Insurance Co., Case No. 2019-022263-CA-10*, Miami-Dade County Circuit Court, Fla.; *Smart et al. v. Auto Club Insurance Co et al*., Case No. 19-CA-005580, Hillsborough County Circuit Court, Fla.; and *Suarez v. MAPFRE Insurance Co. of Florida*, Case No. 2019-020729-CA-01, Miami-Dade County Circuit Court, Fla.

### **Jacob Phillips – Normand PLLC**

19.     Mr. Phillips graduated cum laude from the University of Florida Levin School of Law. While in law school, he clerked for Judge Eric Melgren, Federal District of Kansas.

20.     He is a member of the Federal Bar, Florida Bar, Orange County Bar Association, and is certified to practice in the 11th, 5th and 7th Circuit Courts of Appeals. Mr. Phillips specializes in class action and appellate litigation. In recent years

EXHIBIT B

he has handled appeals in the aforementioned federal appellate courts, as well as Florida's Fifth, Third, and First District Court of Appeals and Ohio state appellate courts.

21.     He is a member of the Middle, Southern, and Northern Districts of Florida, and numerous federal district courts.  He has been appointed as class counsel in numerous state and federal certified class action lawsuits, including *Roth v. GEICO General Ins. Co.,* Case No. 16-62942-Civ-DIMITROULEAS (S.D. Fla.), *Joffe, et. al. v. Geico Indemnity Company et al*., Case No. 18-61361-CIV-DIMITROULEAS (S.D. Fla.), and *Venerus v. Avis Budget Car et al*., Case No. 6:13-cv-921-Orl-41-GJK (M.D. Fla.).

## Alex Couch – Normand PLLC

22.     Alex Couch is an associate at Normand PLLC. He is a 2015 graduate of Florida A&M University, College of Law. He has been a member of the Florida Bar since 2015, and a member of the Middle District of Florida since 2017.  He focuses his practice on class action insurance and personal injury litigation. Mr. Couch has extensive experience litigating class action cases.  Mr. Couch worked with the class representatives in obtaining factual proof of their underlying claims, performed data analysis pertaining to leased vehicle sales transactions, and participated in deposition preparation and discovery.

## Contribution of the Class Representatives

EXHIBIT B

23.    The case was originally started with two different Class Representatives Elizabeth Sullivan and Anthony Cook both of whom, because of personal and professional difficulties and commitments involving the time and pressure involved in being class representatives withdrew as named Plaintiffs. Mr. Jones, Mr. Bellamy and Mr. Cook agreed to and did serve as Class Representatives through the certification process, summary judgment, settlement and the certification process.  Retainer contracts were executed with the class representatives, all of which provided that the plaintiffs had no responsibility for attorney's fees or costs of any type if the cases proved unsuccessful.

Retainer contracts with Mr. Jones, Mr. Bellamy and Mr. Cook, which are attached hereto as **Composite Exhibit 1**, provide that the case was undertaken on a pure contingency basis. Pursuant to the representation agreements, the named Plaintiffs had no responsibility for attorney's fees or costs of any type if the cases proved unsuccessful.  There is no ongoing relationship with any of the named Plaintiffs that would allow repeat work or that constitute any conflict of interest in the representation or the roles of the Class Representatives in this matter[1].  The contributions of the Class Representatives are significant and involved extensive amounts of time and personal

---

[1] Normand PLLC did have a prior relationship on a personal injury product liability matter with the original class representative Elizabeth Sullivan.  Ms. Sullivan eventually withdrew as a class representative and was replaced by Mr. Bellamy. Normand PLLC also represents Mr. Jones in a representative capacity as Personal Representative of the Estate of his deceased daughter in a wrongful death action involving the subject vehicle.  Nothing about the representation of Mr. Jones or Ms. Sullivan involved any of the claims or damages sought in this case and there was and is no compensation implied or promised related to this matter in those matters.

EXHIBIT B

risk. Each Class Representative participated in two mediations (for a total of approximately 15 hours), and each attended at least one of the mediations in person. The Class Representatives missed substantial work and sacrificed personal time to participate in the mediations. Each Class Representative provided input to counsel during both mediations (and were involved in settlement evaluations after the mediations) relating to settlement negotiations, including evaluation of the settlement offers at each stage of the litigations to ensure fair resolution for the class. The Class Representatives independently evaluated issues relevant to settlement, including settlement structure, potential forms of class notice, protection of due process rights, etc. for the class members. They consistently followed up with Class Counsel on major issues and pleadings, requested updates, sought to understand all legal and factual issues, and stayed up-to-date on relevant rulings and orders. The Named Class Representatives spent time doing extensive paper discovery including locating supporting documents for the purchases of the subject vehicles, the governmental fees paid, and each of the Class Representatives were subjected to lengthy depositions regarding the case, the policies and their roles as class representatives. The services of the Class Representatives are outlined in their respective declarations, attached as composite Exhibit G to the Motion for Attorneys' Fees, Costs, and Service Awards.

24.     There is no evidence that any of the Named Plaintiffs possess any conflict of interest with the Settlement Class, and there are no interests in which the Named

EXHIBIT B

Plaintiffs and/or some class members are benefitted while other class members are harmed.

25.      Respectfully, the class settlement is in the best interests of the settlement class. The settlement results in payment of 100% of the damages sought in the case plus full prejudgment interest. The settlement amount includes more in damages than was awarded by the Court at summary judgment.  The settlement includes robust notice and a simple claims process.  The notice and claims process includes both mailed detachable postcard notice and three email notices.  The emails include a prefilled hyperlink so that with one click on the claims link in any of the three emails,  all claims of the class member (including multiple vehicle claims, if any) are prefilled and executed with a simple attestation by the class member.  Similarly, the postcard notice is prefilled and is postage prepaid; only one postcard needs to be signed and put in the mail for all claims of the class member to be recognized.  There are significant risks to class members as outlined in the Declaration of Mr. Phillips including not just an appeal in this case, but also the pending appeal in the *Roth v. Geico* case.  There are no risks to accepting the payment because only the claims sued upon (tag and title transfer fees) are released in the settlement.  Any and all other possible claims the class member may have, say for example, a gripe about the assigned vehicle value by Geico are preserved.  The settlement eliminates any risk of no recovery or reduced recovery. Further, the settlement provides for valuable injunctive relief wherein Geico agrees to pay tag and title fees at the exact rate sued upon in the future. In fact, Geico is already paying the full

EXHIBIT B

tag and title fees sued upon in total loss settlement claims it has processed since the order preliminarily approving the Settlement.   The claims-made structure of the settlement will likely result in some class members choosing not to participate in the Settlement.   This is fair and in the best interest of the Class Members because Defendants made *no other offer*, even at a compromised damages amount and insisted on a claims-made structure.   In return the class members get 100% relief, plus interest, an expanded class, prospective relief, and a robust notice and claims process and all fees and costs paid by Defendant.

      26.    I  declare under penalty of perjury that the foregoing is true and correct.

Executed in Orange County, Florida, this 2nd day of June, 2020.

/s/ Ed Normand
_____
Edmund A. Normand

14

EXHIBIT B



# NORMAND
### P L L C

62 West Colonial Drive • Suite 209 • Orlando • FL • 32801
Tel: 407-603-6031 | Fax: 888-974-2175
www.EdNormand.com

## AUTHORITY TO REPRESENT

Mr. Maurice Jones
3333 Mccormick Woods Dr.
Ocoee FL 34761.
Phone: 407-592-2950
mljones13@gmail.com

**Re:**    Authority to Represent

Dear Maurice:

I am writing to set out the terms of the retainer agreement through which we will investigate and potentially prosecute the actions that GEICO took by not paying you (as person representative of the estate of Kailyn Jones) what you are owed. By signing this letter-agreement, you will have retained the law firm of NORMAND LAW PLLC and other such lawyers (see listed below) that may work with us on this case (hereinafter "the lawyers") to represent you in the aforementioned matter. Should we ultimately decide to file suit, our plan is to pursue this matter on your behalf and on behalf of others similarly situated.

The lawyers will represent both you and the class on a contingent basis. This means that you will not be obligated to pay any of our attorneys' fees or expenses unless we secure some recovery, whether through settlement or judgment or otherwise, whether monetary or otherwise, on behalf of either you or the class.

1

Doc ID: 74a2f35e94000c4def5b3b51a5e5e4a7cf0d45cc

EXHIBIT B

Should we achieve a recovery on behalf of a class, we will petition the court for an award of attorneys' fees and expenses. Although the court will determine what to award, you agree that a fair award of attorneys' fees from a fund recovered for the class would be one-third of the total recovery plus reimbursement of all costs and expenses with interest.

Alternatively, should the court use the lodestar method of awarding fees (number of hours worked times a multiplier), you agree that a fair award of fees would be a lodestar based on our then-current hourly rates with a multiplier of at least three, plus the reimbursement of all our costs and expenses with interest. In no event would you be required to pay us more than half of what we recover for you. If we do not recover any amount on your behalf, you will not be required to pay us any of our fees, costs, expenses or any other amount whatsoever.

You agree to pay and hereby authorize my attorneys to advance the costs for investigating and preparing my case and for court costs as necessary. These costs include, but are not limited to, such items as police reports, hospital and medical records, the costs of electronic research, long-term file storage, photographs, filing fees, costs of serving summonses and subpoenas, court reporters fees, jury list, exhibits, state records, investigation expenses, expert witness fees, including fees for medical testimony and fees for medical conferences. Costs further include the interest on the costs advanced at the U.S. Prime rate. You understand that these costs include all expenses advanced or incurred in pursuit of my claim. Our advanced costs will be subtracted and repaid from any recovery after the fees and thus the fees discussed above will be based on the gross amount recovered.

If class certification is denied, or if the case reaches a point where it is no longer viable or appropriate to prosecute this lawsuit on behalf of the Class, the lawyers have no obligation to represent you on an individual basis. However, if we do achieve a recovery for you individually, but not on behalf of the Class, then the lawyers will seek to recover fees (plus costs and expenses previously advanced by the lawyers) directly from the defendant. You understand that if we settle your claims individually, the attorneys' fees we recover from the defendant may significantly exceed any amounts paid to you individually as part of the same settlement agreement. That is because your individual settlement amount, if any, is based on your potential damages and potential recovery on an individual basis. However, the basis for any demand that we make on the defendant to pay our attorneys' fees is based on our hourly rates and/or the methods for fee determination mentioned above. Under no circumstances will the lawyers take a contingency fee from an individual settlement. Rather, under an individual settlement, the entire amount of your settlement would be yours to keep and the attorneys' fees will come directly from the defendant.

2

Doc ID: 74a2f35e94000c4def5b3b51a5e5e4a7cf0d45cc

EXHIBIT B

You understand that in certain actions the court may award against the opposing party an attorney's fee that may be greater than that provided by the contingent fee agreement. In such cases, you agree that a reasonable fee shall be the greater of the two and your attorneys agree to accept the greater fee as full compensation for attorneys' fees.

You understand that you may have to produce evidence, either to demonstrate your ability to be an adequate plaintiff, or to support your claims. This may include assisting with answering written discovery, having your deposition taken, giving oral testimony and/or appearing at trial, and possibly producing physical evidence. We understand and appreciate that you may object to an opposing party's unchecked access to your personal information. We will vigorously oppose the production of any irrelevant personal information and seek protective orders that limit any defendant's access to any evidence that contains confidential information (including attorney-client communications).

You also understand that you have an obligation to preserve evidence, including electronic evidence such as e-mails. You must preserve evidence that common sense would dictate is relevant to your claims. You should conference with us prior to destroying any evidence you believe might be relevant to your claims. This includes any electronic information such as e-mails.

You also agree to provide up-to-date contact information to the lawyers, including your current physical address, email address, and a telephone number where you can readily be reached.

This agreement is meant to bind and benefit the heirs and successors of each of the parties to this agreement. To that end, you hereby grant the lawyers a lien on any claims, causes of action, or recovery that you obtain, whether through settlement, judgment or otherwise, relating to the subject of this agreement. The lien will be based upon the amount of our attorneys' fees, costs, and expenses as set forth above. This lien will not apply if we withdraw as your counsel purely out of our own choice.

You have, before signing this contract, received and read the Statement of Client's Rights and understand each of the rights set forth therein. You have signed the Statement and will have a copy to keep to refer to while being represented by the undersigned attorney(s).

This contract may be cancelled by written notification to the attorney(s) at any time within three (3) business days of the date the contract was signed, as shown below, and if cancelled, the client shall not be obligated to pay any fees to the attorney(s) for the work performed during that time. If the attorney(s) have advanced funds to others in representation

3

Doc ID: 74a2f35e94000c4def5b3b51a5e5e4a7cf0d45cc


EXHIBIT B

of the client, the attorney(s) are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

You agree that upon written notice the lawyers may terminate their representation in compliance with the rules regulating the Florida Bar.

If you have any questions about any aspect of this letter-agreement, please ask before you sign it. If you do not have any questions, and the agreement is acceptable, please sign and date it in the space provided below. We look forward to working with you.

Sincerely,

_____
Signature

*Jacob Phillips*
Printed Name

*10-3-17*
Date

Agreed to by: _____     _____
                      Client Signature                                    10/03/2017
                                                                              Date

4

Doc ID: 74a2f35e94000c4def5b3b51a5e5e4a7cf0d45cc

EXHIBIT B

<u>ASSOCIATING ATTORNEY CLAUSE</u>

I understand and consent that the law firm of NORMAND LAW PLLC is associated as
counsel with Christopher Lynch and that a division of the applicable fees in this Agreement
shall be made between these attorneys in proportion to the legal services to be performed and
the responsibility assumed by each.  I understand that actual legal services shall be performed
by agreement of my attorneys, while legal responsibility shall be shared equally.

Date_____

NORMAND LAW PLLC

BY____Maurice Jones_____          _____
     Client                                                                          Signature

BY_Christopher Lynch_____          _____
     Associating Attorney                                               Signature

BY_____          _____
     Associating Attorney                                               Signature

5

Doc ID: 74a2f35e94000c4def5b3b51a5e5e4a7cf0d45cc

EXHIBIT B



## AUTHORITY TO REPRESENT

Mr. Anthony Cook
109 W. Frederick Ave
Lake Mary, FL 32746
Tel: ☎(321) 231-6998
Email: acook_777@hotmail.com

**Re:**    Authority to Represent

Dear Anthony:

I am writing to set out the terms of the retainer agreement through which we will investigate and potentially prosecute the actions that GEICO took by not paying you what you were owed. By signing this letter-agreement, you will have retained the law firm of NORMAND PLLC and other such lawyers (see listed below) that may work with us on this case (hereinafter "the lawyers") to represent you in the aforementioned matter. Should we ultimately decide to file suit, our plan is to pursue this matter on your behalf and on behalf of others similarly situated.

The lawyers will represent both you and the class on a contingent basis. This means that you will not be obligated to pay any of our attorneys' fees or expenses unless we secure some recovery, whether through settlement or judgment or otherwise, whether monetary or otherwise, on behalf of either you or the class.

Should we achieve a recovery on behalf of a class, we will petition the court for an award of attorneys' fees and expenses. Although the court will determine what to award, you agree that a fair award of attorneys' fees from a fund recovered for the class would be one-third of the total recovery plus reimbursement of all costs and expenses with interest.

Alternatively, should the court use the lodestar method of awarding fees (number of hours worked times a multiplier), you agree that a fair award of fees would be a lodestar based on our then-current hourly rates with a multiplier of at least three, plus the reimbursement of all our costs and expenses with interest. In no event would you be required to pay us more than half of what we recover for you. If we do not recover any amount on your behalf, you will not be required to pay us any of our fees, costs, expenses or any other amount whatsoever.

EXHIBIT B

If class certification is denied, or if the case reaches a point where it is no longer viable or appropriate to prosecute this lawsuit on behalf of the Class, the lawyers have no obligation to represent you on an individual basis. However, if we do achieve a recovery for you individually, but not on behalf of the Class, then the lawyers will seek to recover fees (plus costs and expenses previously advanced by the lawyers) directly from the defendant. You understand that if we settle your claims individually, the attorneys' fees we recover from the defendant may significantly exceed any amounts paid to you individually as part of the same settlement agreement. That is because your individual settlement amount, if any, is based on your potential damages and potential recovery on an individual basis. However, the basis for any demand that we make on the defendant to pay our attorneys' fees is based on our hourly rates and/or the methods for fee determination mentioned above. Under no circumstances will the lawyers take a contingency fee from an individual settlement. Rather, under an individual settlement, the entire amount of your settlement would be yours to keep and the attorneys' fees will come directly from the defendant.

You understand that in certain actions the court may award against the opposing party an attorney's fee that may be greater than that provided by the contingent fee agreement. In such cases, you agree that a reasonable fee shall be the greater of the two and your attorneys agree to accept the greater fee as full compensation for attorneys' fees.

You understand that you may have to produce evidence, either to demonstrate your ability to be an adequate plaintiff, or to support your claims. This may include assisting with answering written discovery, having your deposition taken, giving oral testimony and/or appearing at trial, and possibly producing physical evidence. We understand and appreciate that you may object to an opposing party's unchecked access to your personal information. We will vigorously oppose the production of any irrelevant personal information and seek protective orders that limit any defendant's access to any evidence that contains confidential information (including attorney-client communications).

You also understand that you have an obligation to preserve evidence, including electronic evidence such as e-mails. You must preserve evidence that common sense would dictate is relevant to your claims. You should conference with us prior to destroying any evidence you believe might be relevant to your claims. This includes any electronic information such as e-mails.

You also agree to provide up-to-date contact information to the lawyers, including your current physical address, email address, and a telephone number where you can readily be reached.

EXHIBIT B

This agreement is meant to bind and benefit the heirs and successors of each of the parties to this agreement. To that end, you hereby grant the lawyers a lien on any claims, causes of action, or recovery that you obtain, whether through settlement, judgment or otherwise, relating to the subject of this agreement. The lien will be based upon the amount of our attorneys' fees, costs, and expenses as set forth above. This lien will not apply if we withdraw as your counsel purely out of our own choice.

You have, before signing this contract, received and read the Statement of Client's Rights and understand each of the rights set forth therein. You have signed the Statement and will have a copy to keep to refer to while being represented by the undersigned attorney(s).

This contract may be cancelled by written notification to the attorney(s) at any time within three (3) business days of the date the contract was signed, as shown below, and if cancelled, the client shall not be obligated to pay any fees to the attorney(s) for the work performed during that time. If the attorney(s) have advanced funds to others in representation of the client, the attorney(s) are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

You agree that upon written notice the lawyers may terminate their representation in compliance with the rules regulating the Florida Bar.

If you have <u>any</u> questions about any aspect of this letter-agreement, please ask before you sign it. If you do not have any questions, and the agreement is acceptable, please sign and date it in the space provided below. We look forward to working with you.

Sincerely,

_Client_

Signature

Anthony P Cook

Printed Name

9/7/2018

Date

Agreed to by: _____

Client Signature

Fierra

9/7/18

Date

EXHIBIT B
EXHIBIT 1

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firm of NORMAND PLLC is associated as counsel with
Christopher Lynch and that a division of the applicable fees in this Agreement shall be made
between these attorneys in proportion to the legal services to be performed and the responsibility
assumed by each. I understand that actual legal services shall be performed by agreement of my
attorneys, while legal responsibility shall be shared equally.

Date _____

NORMAND PLLC

BY _____          Anthony P Cook
   Client                            Client

BY _____          Chris Lynch,
   Associating Attorney              Associating Attorney

BY _____          chis Hall, Brad Pratt
   Associating Attorney              Associating Attorney
                                     Tracy Markham
                                     and their respective law
                                     firms.

3165 MCCRORY PLACE, SUITE 175 • ORLANDO, FL, 32803
T ☎(407) 603-6031 F ☎(888) 974-2175
EDNORMAND.COM

EXHIBIT B



**P L L C**

Micah Bellamy
1511 Hobson St
Longwood FL 32750
micahbellamy57@gmail.com


Re: AUTHORITY TO REPRESENT

Dear Mr. Bellamy,

I am writing to set out the terms of the retainer agreement through which we will investigate and prosecute the actions that GEICO took by failing to pay you tag and title. By signing this letter-agreement, you will have retained the law firm of NORMAND PLLC as well as such attorneys, as may work with us on this case (hereinafter "the lawyers") to represent you in the aforementioned matter. Should we ultimately decide to file/amend the complaint, our plan is to pursue this matter on your behalf and on behalf of others similarly situated.

The lawyers will represent both you and the class on a contingent basis. This means that you will not be obligated to pay any of our attorneys' fees or expenses unless we secure some recovery, whether through settlement or judgment or otherwise, whether monetary or otherwise, on behalf of either you or the class.

Should we achieve a recovery on behalf of a class, we will petition the court for an award of attorneys' fees and expenses. Although the court will determine what to award, you agree that a fair award of attorneys' fees from a fund recovered for the class would be one-third of the total recovery plus reimbursement of all costs and expenses with interest.

Alternatively, should the court use the lodestar method of awarding fees (number of hours worked times a multiplier), you agree that a fair award of fees would be a lodestar based on our then-current hourly rates with a multiplier of at least three, plus the reimbursement of all our costs and expenses with interest. In no event would you be required to pay us more than half of what we recover for you. If we do not recover any amount on your behalf, you will not be required to pay us any of our fees, costs, expenses or any other amount whatsoever.

If class certification is denied, or if the case reaches a point where it is no longer viable or appropriate to prosecute this lawsuit on behalf of the Class, the lawyers have no obligation to represent you on an individual basis. However, if we do achieve a recovery for you individually, but not on behalf of the Class, then the lawyers will seek to recover fees (plus costs and expenses previously advanced by the lawyers) directly from the defendant. You understand that if we settle your claims individually, the attorneys' fees we recover from the defendant may significantly exceed

Doc ID: 84cee334fc7dab321c9b947aba60ae58d6e87276

EXHIBIT B

any amounts paid to you individually as part of the same settlement agreement. That is because your individual settlement amount, if any, is based on your potential damages and potential recovery on an individual basis. However, the basis for any demand that we make on the defendant to pay our attorneys' fees is based on our hourly rates and/or the methods for fee determination mentioned above. Under no circumstances will the lawyers take a contingency fee from an individual settlement. Rather, under an individual settlement, the entire amount of your settlement would be yours to keep and the attorneys' fees will come directly from the defendant.

You understand that in certain actions the court may award against the opposing party an attorney's fee that may be greater than that provided by the contingent fee agreement. In such cases, you agree that a reasonable fee shall be the greater of the two and your attorneys agree to accept the greater fee as full compensation for attorney's fees.

You understand that you may have to produce evidence, either to demonstrate your ability to be an adequate plaintiff, or to support your claims. This may include assisting with answering written discovery, having your deposition taken, giving oral testimony and/or appearing at trial, and possibly producing physical evidence. We understand and appreciate that you may object to an opposing party's unchecked access to your personal information. We will vigorously oppose the production of any irrelevant personal information and seek protective orders that limit any defendant's access to any evidence that contains confidential information (including attorney-client communications).

You also understand that you have an obligation to preserve evidence, including electronic evidence such as e-mails. You must preserve evidence that common sense would dictate is relevant to your claims. You should conference with us prior to destroying any evidence you believe might be relevant to your claims. This includes any electronic information such as e-mails.

You also agree to provide up-to-date contact information to the lawyers, including your current address, e-mail and telephone number where you can readily be reached.

This agreement is meant to bind and benefit the heirs and successors of each of the parties to this agreement. To that end, you hereby grant the lawyers a lien on any claims, causes of action or recovery that you obtain, whether through settlement, judgment or otherwise, relating to the subject of this agreement. The lien will be based upon the amount of our attorneys' fees, costs and expenses as set forth above. This lien will not apply if we withdraw as your counsel purely out of our own choice.

You have, before signing this contract, received and read the Statement of Client's Rights and understand each of the rights set forth therein. You have signed the statement and will have a copy to keep to refer to while being represented by the undersigned attorney(s).

This contract may be cancelled by written notification to the attorney(s) at any time within three (3) business days of the date the contract was signed, as shown below, and if cancelled, the client shall not be obligated to pay any fees to the attorney(s) for the work performed during that time. If the attorney(s) have advanced funds to others in representation of the client, the attorney(s) are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client. You agree that upon written notice, NORMAND PLLC may terminate their representation in compliance with the rules regulating the Florida Bar.

2

EXHIBIT B

If you have <u>any</u> questions about any aspect of this letter-agreement, please ask before you sign it. If you do not have any questions, and the agreement is acceptable, please sign and date it in the space provided below. We look forward to working with you.

Sincerely,

ALEX COUCH

09/12/2018
Date

Agreed to by: _____          09/12/2018
                    MICAH BELLAMY                        Date

3

Doc ID: 84cee334fc7dab321c9b947aba60ae58d6e87276

EXHIBIT B

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firm of NORMAND PLLC is associated as counsel with

_____Christopher J. Lyon P.A._____ and that a

division of the applicable fees in this Agreement shall be made between these attorneys in

proportion to the legal services to be performed and the responsibility assumed by each.  I

understand that actual legal services shall be performed by agreement of my attorneys, while legal

responsibility shall be shared equally.

Date_____09/12/2018_____

BY___MICAH BELLAMY_____          _____
    Print                                                        Signature

BY__Christopher J Lyon_____          _____
    Print                                                        Signature

BY_____          _____
    Print                                                        Signature

4

Doc ID: 84cee334fc7dab321c9b947aba60ae58d6e87276

EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

       Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

       Defendants.

_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

       Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

       Defendant.

_____

CASE NO.: 6:17-cv-891-ORL-40KRS

CASE NO. 6:17-cv-1755-ORL-40DCI

**<u>DECLARATION OF TRACY L. MARKHAM IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEY'S FEES AND SERVICE AWARDS</u>**

Tracy L. Markham declares as follows, pursuant to 28 U.S.C. § 1746:

I.     PRELIMINARY STATEMENT

1.  My name is Tracy L. Markham.  I am over the age of majority, provide this declaration

voluntarily, and it is based on personal knowledge.

1

EXHIBIT B

2.  I am the founding member and managing attorney of the Southern Atlantic Law Group, PLLC in St. Augustine, Florida, and am one of counsel of record representing Plaintiffs in the above-styled consolidated lawsuit.

3.  This declaration is submitted in support of the parties' Motion for Approval of Attorneys' Fees and Service Awards.

4.  I was certified by the Court as Counsel for the Class along with co-counsel in the above-captioned class action (the "Action") on April 4, 2019.  I have been actively involved in the prosecution of the Action, am intimately familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my active participation of the Action.  If called as a witness, I could and would testify competently thereto.

5.  The purpose of this declaration is to set forth the basis for and background related to the application for attorney's fees and expenses,  why the application for attorney's fees and expenses is reasonable and should be approved by the Court, as well as the basis for the Service Awards of class plaintiffs Lorenti and Barrett.

II.   EXPERIENCE

6.  I graduated from Cornell University in 1985 with a Bachelor of Science Degree in Agriculture Economics. Thereafter, I went to Syracuse Law School, where I graduated summa cum laude. I was on law review, as well as the trial team. Following law school, I had a Federal Court clerkship with United States District Court Judge Thomas J. McAvoy, in the Northern District of New York from 1988 to 1989. I became admitted to the NYS Bar in 1989.

2

EXHIBIT B

7. From 1989 until approximately 1994, I practiced in upstate New York, where much of my practice included working for insurance companies, including insurance coverage issues.  In 1994, I was also an adjunct professor at Cornell Law School.

8. In 1994, I moved from upstate New York to the St. Augustine, Florida area.  I also became a member of the Florida Bar.  Between 1994 and 1996, I assisted in opening a staff counsel's office of a nationally recognized insurance company in Jacksonville, Florida.

9. In 1996, I opened the St. Augustine office of Avolio & Hanlon, P.C. which was a firm based primarily in New Jersey.  I was the managing attorney of the St. Augustine office of Avolio & Hanlon, P.C. until February 2019.   In February 2019, I became the founding member of Southern Atlantic Law Group, PLLC.

10. I am a certified mediator by the Florida Supreme Court.  I am also certified by the Department of Financial Services as a mediator to mediate disputes between insureds and insurance companies.  In addition to the foregoing, I have taken an adjusting class, and have gained the title of Certified Adjuster, to further my knowledge base in areas involving insurance law.  I have not taken any state licensing test, but merely have attended the class to gain additional knowledge in the field of insurance law.

11. I have over 31 years of experience working as a lawyer in civil litigation in the States of Florida and New York, as well as in several Federal jurisdictions.  I have represented both Plaintiffs and Defendants in all aspects of civil litigation, including trials, mediations, and appeals.  Since 1996, much of the work I have done has been in representing Plaintiffs who have disputes with insurance companies, including numerous coverages matters.

3

EXHIBIT B

12. For the last 24 years, I have represented Plaintiffs in various disputes involving insurance companies. My practice has focused on insurance issues including claims similar to the claims by Plaintiffs in the present case. I am an active volunteer with the St. Johns County Legal Aid group.

13. I am admitted to practice in Florida and New York State Courts, the Middle District of Florida, the Southern District of Florida, the Northern District of Florida, and the Eleventh Circuit Court of Appeals.

14. I developed the theory of the case and was co-lead counsel with Hall & Lampros in the class action *Bastian et al. v. USAA Casualty Insurance Company et al.*, No. 3:13-cv-01454-TJC-MCR (M.D. Fla)class action alleging failure to USAA insurance companies to pay sales tax on total loss vehicles [including owned and leased vehicles] resulting in a settlement with a class benefit of over $50 million).

15. I am counsel of record in *Roth v. GEICO General Ins. Co.*, Case No. 16-62942-Civ-DIMITROULEAS (S.D. Fla.), in which final judgment was entered on behalf of a certified class of GEICO total-loss insureds due to GEICO's failure to include sales tax and title transfer fees in making ACV payments.

16. I have been appointed class counsel in *Joffe, et. al. v. Geico Indemnity Company et al.*, Case No. 18-61361-CIV-DIMITROULEAS (S.D. Fla.), which involves the non-payment of sales tax and title transfer fees for leased vehicles in making ACV payments.

17. I was also counsel of record in *Joyce v. Federated National Insurance Co.*, 228 So. 3d 1122 (Fla. 2017), which involved a first party consumer claim in St. Johns County, Florida against a homeowner's insurance company and resulted in a

4

EXHIBIT B

consequential decision for all consumer claims, including insurance claims, as the Florida Supreme Court reaffirmed the right to a contingency fee multiplier.

III.     BACKGROUND OF THE CASE

18. Named Plaintiff and Class Representative Anthony Lorenti's claim arose when he sought assistance from and complained to the undersigned Class Counsel, that Defendant Geico Indemnity Company was not paying him enough on his first-party total loss auto claim.

19. I initially met Mr. Lorenti, the lead named plaintiff against Geico Indemnity Insurance Company, in 2017. Mr. Lorenti is a St. Augustine resident, and contacted me at the St. Augustine office. I am a full-time resident of St. Johns County Florida, and practice in St. Augustine Florida. Mr. Lorenti had no relationship with my law firm. Mr. Lorenti needed someone to help him that would work on a contingency fee basis.

20. Mr. Lorenti consulted with me regarding concerns he had about the vehicle total loss payments he received from Geico Indemnity Company (hereinafter referred to as "Geico Indemnity") one of the insurance companies under the GEICO umbrella. He was a Geico Indemnity insured, and his daughter had a car accident with his vehicle. Geico Indemnity determined the vehicle was a total loss. Mr. Lorenti believed he should have been paid additional sums on his total loss, including title transfer fees and tag transfer fees.

21. I was aware that cases brought under Florida Statute Section 627.428 allow for the possibility of a multiplier, and that possibility did factor into my decision to try to help Mr. Lorenti. If I were successful under Florida Statute Section 627.428 I knew

5

EXHIBIT B

that the Court would consider awarding a multiplier.  I was very aware that undertaking an action against an insurance company the size of Geico Indemnity would involve much risk, significant time and resources, and require me to forego the opportunity to take other work.  Under the circumstances I would not have agreed to undertake the representation of Mr. Lorenti without the possibility of a contingency fee risk multiplier.

22. Upon analyzing Mr. Lorenti's documents, including the insurance policy, as well as the Claim and Payment information, I realized that Geico Indemnity was not paying title transfer fees and tag transfer fees on his total loss vehicle.  Further study of the claim documents and payment information revealed that Geico Indemnity was not paying tag and title fees as part of the actual cash value of the total loss.  I also contacted Christopher Hall, of Hall and Lampros, LLC, who was co-counsel  on *Bastian et al. v. USAA Casualty Insurance Company et al.*, No. 3:13-cv-01454-TJC-MCR (M.D. Fla), which involved the issue of unpaid sales tax as part of actual cash value.  We also consulted with Bradley Pratt from Pratt Clay to assist with our investigation and potential lawsuit, as we believed we would need many lawyers and many resources to successfully combat an insurance company such as Geico Indemnity, which was part of the largest auto insurance group in Florida.

23. Together Mr. Hall, myself, Mr. Pratt and attorneys at Mr. Hall's firm, investigated the claim by analyzing the insurance policy, total-loss settlement explanation letter, Market Valuation Report, claim documents, GEICO procedures in other cases, FLOIR documents and filing, as well as other insurer practices in the State of Florida.

EXHIBIT B

24.  Based on the language of the GEICO policy, which promised the "cost of replacement" in the event of a total loss, it appeared that tag and title fees were owed. Although no court had ruled that tag and title fees were owed as part of the actual cash value as defined under the GEICO policy, Class Counsel believed that a reasonable interpretation of the policy required the inclusion of title transfer fees and tag transfer fees as part of the actual cash value of a total loss vehicle.

25. As part of my investigation in the GEICO Indemnity case, to help us determine what course of action to take, I began a review of prior client files to determine what other insurance companies were doing, and to determine whether GEICO's adjustment method was commonly accepted practice within the insurance industry.

26. After undertaking sufficient investigation to determine there was a viable case based upon the insurance contract at issue, Mr. Hall, Mr. Pratt and I needed to determine where the action would need to be brought, and ultimately determined the proper venue would be in the Middle District of Florida, in the Orlando division, based upon the specific factors in Mr. Lorenti's case.

27. On October 10, 2017, a Class Action Complaint ("CAC") individually and on behalf of Florida first party total loss private passenger auto insureds against Geico Indemnity Company was filed.  The complaint alleges that the Defendant breached automobile insurance policies issued to Plaintiff and members of the class by failing to include in payments for total loss vehicles an amount for title transfer fees and tag transfer fees.  The CAC sought relief for breach of contract for both a Florida Class and a Nationwide class as well as Declaratory Judgment and Injunctive Relief.

EXHIBIT B

28. In November, 2017, Class Action counsel agreed to a co-counsel relationship with attorneys from Ed Normand's law firm, including Jacob Phillips  and with attorney Chris Lynch, who were involved in an action against Government Employees Insurance Company and Geico General Insurance Company, entitled *Sullivan et. al. v. Government Employees Insurance Co., et. al.,* 6:17-cv-891-Orl-40KRS, to further consolidate resources to attempt to bring both class action matters to a successful conclusion.   The actions involved the same essential issue which was whether Geico (which is used collectively to include all Geico defendants) breached its contract of insurance by failing to pay title transfer fees and tag transfer fees to its own insured who suffered a total loss.

29. After the filing of the Class Action Complaint, I was retained by lead named plaintiff Ashley Barrett, who had similar complaints against GEICO Indemnity. Ms. Barrett had no prior relationship with my firm. Ms.  Barrett needed someone to help her that would work on a contingency fee basis. Ms. Barrett had concerns about her vehicle total loss payments from Geico Indemnity Company (hereinafter referred to as "Geico Indemnity").  She agreed to be a class plaintiff, along with Mr. Lorenti.  On January 8, 2018, a First Amended Class Action Complaint for Damages, Injunctive and Declaratory Relief was filed, as well as a demand for a jury trial.

30.  Both retainer contracts with Mr. Lorenti, and with Ms. Barrett, which are attached hereto as Exhibit B, provide that the case was undertaken on a pure contingency basis.  The plaintiffs had no responsibility for attorney's fees or costs of any type if the cases proved unsuccessful.

EXHIBIT B

31. I have devoted a significant amount of time and resources in the research, investigation, and prosecution of this Action.

32. Since undertaking this case, I have been directly involved in all aspects of its prosecution. I have been involved in the investigation, discovery, legal research, case strategy, drafting of pleadings, motions and briefs, document review, as well as appearing at depositions in person and by phone. The time that I have spent is further detailed in the billing record summary attached as Exhibit C.

33. There were aspects of the case where my participation, including at the defendant representative depositions, as well as review of the data and insurance policies produced, was extremely helpful in determining the complex core issues of the case. This included data in various Geico data sets and procedures. I personally reviewed and analyzed thousands of documents produced in discovery.

34. I was the attorney contact for the named plaintiffs, Anthony Lorenti and Ashley Barrett. I prepared the lead plaintiffs, Anthony Lorenti, and Ashley Barrett for their depositions, as well as attended the depositions. I prepared many aspects of the discovery responses including interrogatory responses, as well as document production.

35. I was present by phone and in person and assisted other attorneys in the depositions of key Geico witnesses, including several 30 (b) (6) witnesses. My attendance was necessary to have a comprehensive understanding of the data and was important to assist in understanding the potential for further discovery as well as to cross check the discovery provided to ensure its completeness. I also provided assistance by providing advice on areas to be followed up on during the examinations, and additional areas of inquiry.

EXHIBIT B

36.  I actively contributed to the research, drafting, and editing that was done in the motion for class certification and summary judgment for the Plaintiffs, as well as the discovery motions.

37. I also had contact with the Department of Motor Vehicles and undertook numerous Florida Public Records Act  to obtain public records information in an effort to support Plaintiffs' claims regarding mandatory fees.

38. I also helped to analyze the vehicle data to help identify ownership issues, which went to the central issue of ascertainability of the class.

39. I have kept contemporaneous time records on this case.  I have spent over 553.6 hours in this case from May 26, 2017 through the May 27, 2020.  In my practice, I keep detailed records of all time expended in these types of cases as well as detailed records of all expenses incurred. The time was calculated at $ 600.00 per hour, which is reasonable and within the range of rates charged by lawyers of similar skill and experience who practice in Florida.  The value of the time is $ 332,160. I expect to record additional time in this matter in preparation for the Final Approval hearing and in conjunction with the claims process that is not reflected in the time records.

40. I did not bill for hundreds of emails that I reviewed in this case, as I self-adjusted prior to submitting my times sheets.  I also did not bill for every pleading or order that I reviewed.  I billed for time that I would have charged to a paying client.

41. In addition to my time, there was also the time of Lawrence Roselle, Jr. who is a case manager, and performed work of a paralegal nature on the case which specifically involved searching for and analyzing over 1,666 vehicle titles in Excel format.  This work was crucial for the issue of class member identification.  Mr. Roselle has a

EXHIBIT B

Bachelor of Science in finance from LSU, is a former CEO of a bank, with 40 years of financial and data analysis, including extensive experience in analyzing data in Excel format. Mr. Roselle spent 20.50 hours.   The time was calculated at $ 150.00 per hour, which is reasonable and within the range of rates charged by paralegals of similar skill and experience in Florida.  The value of the time is $ 3,075.

42. An itemized time summary is set forth in Exhibit C.  Itemized redacted time sheets have been provided to expert Melvin Wright and are available for review.

43. My firm has also invested substantial resources in the prosecution of this matter.  An itemization of the expenses, which included public record requests, motor vehicle title searches, transcript costs, filing fees, court reporter fees, and other case related expenses is set forth in Exhibit D. The costs expended by my firm were $ 4,283.58.

44. My work on this case has been purely contingent in nature.  I have received no compensation for my time to date and will not receive any fees other than as awarded by the Court.

IV. SERVICE AWARDS

45. Mr. Lorenti deserves a service award for the assistance he provided in helping the class obtain a substantial benefit.  Mr. Lorenti assisted in every phase of prosecution of the case.  He gathered documents to assist counsel in prosecuting the case.  He also answered written discovery.  He sat for an extensive deposition, while missing work. Mr. Lorenti traveled to a protracted mediation in Maitland, Fl.  on December 17, 2018.  He actively participated in the first mediation further missing work.  Mr. Lorenti participated in a second mediation on September 13, 2019, when he appeared by phone and actively assisted counsel.  Mr. Lorenti is self-employed, so time from

EXHIBIT B

work means loss of income to him.  He actively engaged with counsel in all aspects of the case and attempted to make good decisions to achieve the best outcome for the class.

46. Ms. Barrett also deserves a service award for the help that she provided in obtaining a very favorable outcome for the class.  Ms. Barrett participated in discovery, gathered extensive documents, answered written discovery, and traveled to attend a prolonged deposition in Orlando, FL.  Ms. Barrett travelled to attend a mediation in Maitland, FL, enthusiastically participated and engaged in the initial mediation on December 17, 2018 and attended the second mediation by phone on September 13, 2019.  At all times Ms. Barret worked to achieve a benefit for the class, and always attempted to make the best decisions for the class.  When Ms. Barrett was participating in the litigation, she was required to miss time from work.

47. Without the efforts of both Mr. Lorenti and Ms. Barrett, Class Counsel would not have been able to achieve a favorable outcome for the class members who have claims against Geico Indemnity Company.

48. I declare under penalty of perjury under the law of the United States that the foregoing declaration is true and correct.

5/29/2020
Date

Tracy L. Markham

12

EXHIBIT B

Exhibit 2

EXHIBIT B

## AVOLIO & HANLON, P.C.

ATTORNEYS AT LAW
CENTURY PARK CORPORATE CENTER
2800 N. 5TH STREET
SUITE 302
ST. AUGUSTINE, FL 32084
(904) 794-7005 Fax (904) 794-7007
Website – www.avoliohanlon.com

ROBERT P. AVOLIO*£
CATHERINE M. BRENNAN*
STEPHEN F. DIPATO ∞
LISA R. FRIEDMAN**
TRACY L. MARKHAM †v
PAUL R. SHEEHAN**

CHARLES J. HANLON, JR.*
Of Counsel

ROBERT DeGEORGE*
Special Counsel

* NJ & FL Board Certified Civil Trial Attorney
*  NJ Bar
** NJ & PA Bars
† FL & NY Bars
v Florida Supreme Court Certified Circuit Civil Mediator
£ NJ, PA, NY, FL, & D.C. Bars
∞ FL Bar

CROSSROADS CORPORATE CENTER
3150 BRUNSWICK PIKE
SUITE 120
LAWRENCEVILLE, NJ 08648
(609) 219-1810
FAX (609) 219-1812

1001 N US Hwy 1
Suite 206
Jupiter, FL 33477
(800) 851-4767
Fax (561) 207-6377

September 2, 2017

Anthony Lorenti
Rachel Lorenti
309 Cambridge Court
St. Augustine, Florida 32086-5641

Re: Agreement for Legal Representation

Dear Anthony and Rachel:

By signing below, you, Anthony and Rachel Lorenti, confirm your retention of the law firms Avolio & Hanlon, PC and Hall & Lampros, LLP ("the Law Firms"), for the purpose of pursuing a class action complaint against GEICO and/or its subsidiaries and affiliates ("GEICO") for the damages suffered by you relating to GEICO's failure and refusal to comply with the terms of your insurance policy, and GEICO's failure to pay the proper fees and costs relating to vehicle title and license plate relating to the replacement of your total loss vehicle. The following are the terms of the retention:

1. The Law Firms will pursue a class action complaint against GEICO on your behalf and on behalf of similarly situated parties. This means that a lawsuit will be brought by one or more plaintiffs on behalf of other similarly situated individuals. Because of the number of potential class members and the potential recovery for each class member, you understand that a class action is the only economical means to seek redress.

2. You have agreed to become a class representative, which means that your name will appear in the caption of the complaint. As a class representative, you must make decisions in the interests of all class members. This means that any offers to settle the litigation must be consistent with the interests of all class members. As a class representative, any award of damages through settlement or trial will be awarded to you as it would to any other class member.

EXHIBIT B

3. The Law Firms have not promised you any bonus, compensation, or special fee as consideration for you serving as a class representative. You have not received any bonus, compensation, or special fee and you do not expect to receive such remuneration. The Law Firms will request a special incentive award on your behalf for bringing this lawsuit.

4. The Law Firms agree to handle this matter on a contingency basis and they will pay the costs of litigation. Costs include, but are not limited to, travel, duplication services, expert fees, deposition costs, and telephone and conference call costs.

5. You understand that through the litigation the Law Firms will be seeking to establish through settlement or judgment a common fund to compensate all class members who have been victimized by GEICO's conduct and products. You also understand that the Law Firm may seek permission from the court to recover both the costs that they have advanced and compensation for their time and efforts either (1) from this common fund; or (2) from a separate payment outside of the common fund. If compensation for time and efforts comes from the common fund, it will not be more than 33% of the common fund, i.e. the sum of money recovered from GEICO. This will be in addition to costs. Ultimately, however, the decision on the award of costs and fees shall be made by the court.

6. The Law Firms reserve the right to work with other firms necessary to litigate the case.

We look forward to representing you and other class members in this action. Please countersign below if this is consistent with your understanding of the scope of our retention.

Very truly yours,

**AVOLIO & HANLON, PC**

Tracy L. Markham

Agreed:

_Anthony Lorenzi_                 9-18-17
Anthony Lorenzi                    Date
LORENTI s/i

_Rachel Lorenzi_                   9-18-17
Rachel Lorenzi                     Date
LORENTI RP.

EXHIBIT B

Avolio & Hanlon, PC                    9/26/2017
                                        Date

Hall & Lampros, LLP[1]                  9/25/17
                                        Date

_____

[1] The law firm of Hall & Lampros is licensed to practice in the state of Georgia.  The law firm of Hall &
Lampros is not licensed in Florida and would seek to represent your interests by special appearance.

EXHIBIT B

ADDENDUM TO AGREEMENT FOR LEGAL REPRESENTATION


The parties acknowledge that the law firm of Southern Atlantic Law Group, PLLC shall be substituted for Avolio and Hanlon, PC. All obligations, rights and responsibilities regarding the representation of client, Anthony Lorenti, for the purpose of pursing a class action against GEICO and/or its subsidiaries and affiliates shall be transferred from Avolio and Hanlon, PC to Southern Atlantic Law Group, PLLC as of February 28, 2019. All other terms of the Agreement for Legal Representation shall remain the same.

Agreed:

Date: 2-18-19

_____
Anthony Lorenti

_____
Tracy L. Markham
Southern Atlantic Law Group, PLLC

_____
Hall & Lampros, LLP

_____
Avolio & Hanlon, P.C.

EXHIBIT B

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each. I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Anthony Lorenti

By _____
Southern Atlantic Law Group, PLLC

By _____
Hall & Lampros, LLP          Signature

By _____
Pratt Clay, LLC              Signature

By _____
Normand Law PLLC             Signature

By _____
Christopher J. Lynch, P.A.    Signature

EXHIBIT B

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each.  I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Anthony Lorenti

By _____        _____
Southern Atlantic Law Group, PLLC           Signature

By _____        _____
Hall & Lampros, LLP                                   Signature

By _____        _____
Pratt Clay, LLC                                            Signature

By _____        _____
Normand Law PLLC                                     Signature

By _____        _____
Christopher J. Lynch, P.A.                            Signature

EXHIBIT B

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each. I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Anthony Lorenti

By _____                    _____
Southern Atlantic Law Group, PLLC                    Signature

By _____                    _____
Hall & Lampros, LLP                                  Signature

By _____                    _____
Pratt Clay, LLC                                      Signature

By _____                    _____
Normand Law, PLLC                                    Signature

By _____                    _____
Christopher J. Lynch, P.A.                           Signature

EXHIBIT B

ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each. I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Anthony Lorenti

By _____          _____
Southern Atlantic Law Group, PLLC    Signature

By _____
Hall & Lampros, LLP                  _____
                                     Signature

By _____          _____
Pratt Clay, LLC                      Signature

By _____          _____
Normand Law PLLC                     Signature

By _____          _____
Christopher J. Lynch, P.A.           Signature

EXHIBIT B

## AVOLIO & HANLON, P.C.

ATTORNEYS AT LAW
CENTURY PARK CORPORATE CENTER
2800 N. 5TH STREET
SUITE 302
ST. AUGUSTINE, FL 32084
(904) 794-7005  Fax (904) 794-7007
Website – www.avoliohanlon.com

CROSSROADS CORPORATE CENTER
3150 BRUNSWICK PIKE
SUITE 120
LAWRENCEVILLE, NJ 08648
(609) 219-1810
FAX (609) 219-1812

1001 N US Hwy 1
Suite 206
Jupiter, FL 33477
(800) 851-4767
Fax (561) 207-6377

ROBERT P. AVOLIO's
CATHERINE M. BRENNAN*
LISA R. FRIEDMAN**
TRACY L. MARKHAM †v
PAUL R. SHEEHAN**

CHARLES J. HANLON, JR.*
Of Counsel

ROBERT DeGEORGE*
Special Counsel

* NJ & FL Board Certified Civil Trial Attorney
* NJ Bar
** NJ & PA Bars
† FL & NY Bars
v Florida Supreme Court Certified Circuit Civil Mediator
£ NJ, PA, NY, FL, & D.C. Bar

January 6, 2018

By email: BarrettA.D@live.com
Ashley Barrett

Re: Agreement for Legal Representation

Dear Ashley:

By signing below, you, Ashley, confirm your retention of the law firms Avolio & Hanlon, PC and Hall & Lampros, LLP ("the Law Firms"), for the purpose of pursuing a class action complaint against GEICO and/or its subsidiaries and affiliates ("GEICO") for the damages suffered by you relating to GEICO's failure and refusal to comply with the terms of your insurance policy, and GEICO's failure to pay the sales tax, as well as proper fees and costs relating to vehicle title and license plate relating to the replacement of your total loss vehicle, and the potential for repetitive behavior by GEICO. The following are the terms of the retention:

1. The Law Firms will pursue a class action complaint against GEICO on your behalf and on behalf of similarly situated parties. This means that a lawsuit will be brought by one or more plaintiffs on behalf of other similarly situated individuals. Because of the number of potential class members and the potential recovery for each class member, you understand that a class action is the only economical means to seek redress.

2. You have agreed to become a class representative, which means that your name will appear in the caption of the complaint. As a class representative, you must make decisions in the interests of all class members. This means that any offers to settle the litigation must be consistent with the interests of all class members. As a class representative, any award of damages through settlement or trial will be awarded to you as it would to any other class member.

3. The Law Firms have not promised you any bonus, compensation, or special fee as consideration for you serving as a class representative. You have not received any bonus, compensation, or special fee and you do not expect to receive such remuneration. The Law Firms will request a special incentive award on your behalf for bringing this lawsuit.

EXHIBIT B

4. The Law Firms agree to handle this matter on a contingency basis and they will pay the costs of litigation. Costs include, but are not limited to, travel, duplication services, expert fees, deposition costs, and telephone and conference call costs.

5. You understand that through the litigation the Law Firms will be seeking to establish through settlement or judgment a common fund to compensate all class members who have been victimized by GEICO's conduct and products. You also understand that the Law Firm may seek permission from the court to recover both the costs that they have advanced and compensation for their time and efforts either (1) from this common fund; or (2) from a separate payment outside of the common fund. If compensation for time and efforts comes from the common fund, it will not be more than 33% of the common fund, i.e. the sum of money recovered from GEICO. This will be in addition to costs. Ultimately, however, the decision on the award of costs and fees shall be made by the court.

6. The Law Firms reserve the right to work with other firms necessary to litigate the case.

We look forward to representing you and other class members in this action. Please countersign below if this is consistent with your understanding of the scope of our retention.

Very truly yours,

Tracy L. Markham

Tracy L. Markham

Agreed:

| | |
|---|---|
| _Ashley Barrett_ | _01/7/2018_ |
| Ashley Barrett | Date |
| _Tracy L. Markham_ | _1/7/18_ |
| Avolio & Hanlon, PC | Date |
| | |
| Hall & Lampros, LLP [1] | Date |

---

[1] The law firm of Hall & Lampros is licensed to practice in the state of Georgia. The law firm of Hall & Lampros is not licensed in Florida and would seek to represent your interests by special appearance.

EXHIBIT B

4. The Law Firms agree to handle this matter on a contingency basis and they will pay the cost of litigation. Costs include, but are not limited to, travel, duplication, service, expert fees, deposition costs, filing telephone, and conference call costs.

5. You understand that through litigation the Law Firms will be seeking to establish through settlement or judgment a common fund to compensate all class members who have been victimized by GEICO's conduct and products. You also understand that the Law Firm may seek permission from the court to recover both the costs that they have advanced and compensation for their time and efforts either (1) from this common fund, or (2) from a separate payment outside of the common fund. If compensation for time and efforts comes from the common fund, it will not be more than 33% of the common fund, i.e. the sum of money recovered from GEICO. This will be in addition to costs. Ultimately, however, the decision on the award of costs and fees shall be made by the court.

6. The Law Firms reserve the right to work with other firms necessary to litigate the case.

We look forward to representing you and other class members in this action. Please countersign below if this is consistent with your understanding of the scope of our retention.

Very truly yours,

Tracy L. Markham

Tracy L. Markham

Agreed:

Ashley Barrett

01/17/2018
Date

Avolio & Hanlon, PC

1/7/18
Date

Hall & Lampros, LLP[1]

01/07/18
Date

[1] The law firm of Hall & Lampros is licensed to practice in the state of Georgia. The law firm of Hall & Lampros is not licensed in Florida and would seek to represent your interests by special appearance.

EXHIBIT B

ADDENDUM TO AGREEMENT FOR LEGAL REPRESENTATION

The parties acknowledge that the law firm of Southern Atlantic Law Group, PLLC shall be substituted for Avolio and Hanlon, PC. All obligations, rights and responsibilities regarding the representation of client, Ashley Barrett, for the purpose of pursing a class action against GEICO and/or its subsidiaries and affiliates shall be transferred from Avolio and Hanlon, PC to Southern Atlantic Law Group, PLLC as of February 28, 2019. All other terms of the Agreement for Legal Representation shall remain the same.

Agreed:                                                    Date: 2-28-2019

Ashley Barrett

Tracy L. Markham
Southern Atlantic Law Group, PLLC

Hall & Lampros, LLP

Avolio & Hanlon, P.C.

EXHIBIT B

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each.  I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Ashley Barrett

By _____          _____
Southern Atlantic Law Group, PLLC          Signature

By _____          _____
Hall & Lampros, LLP                                      Signature

By _____          _____
Pratt Clay, LLC                                                Signature

By _____          _____
Normand Law PLLC                                       Signature

By _____          _____
Christopher J. Lynch, P.A.                              Signature

EXHIBIT B

ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each. I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
    Ashley Barrett

By _____          _____
    Southern Atlantic Law Group, PLLC        Signature

By _____          _____
    Hall & Lampros, LLP                      Signature

By _____          _____
    Pratt Clay, LLC                          Signature

By _____          _____
    Normand Law PLLC                         Signature

By _____          _____
    Christopher J. Lynch, P.A.               Signature

EXHIBIT B

ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each. I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Ashley Barrett

By _____          _____
Southern Atlantic Law Group, PLLC    Signature

By _____          _____
Hall & Lampros, LLP                  Signature

By _____          _____
Pratt Clay, LLC                      Signature

By _____          _____
Normand Law PLLC                     Signature

By _____          _____
Christopher J. Lynch, P.A.           Signature

EXHIBIT B

## ASSOCIATING ATTORNEY CLAUSE

I understand and consent that the law firms of Southern Atlantic Law Group, PLLC and Hall & Lampros, LLC is associated as counsel with Normand PLLC, Pratt Clay LLC, and Christopher J. Lynch, P.A., and that a division of the applicable fees in this Agreement shall be made between these attorneys in proportion to the legal services to be performed and the responsibility assumed by each.  I understand that actual legal services shall be performed by agreement of my attorneys, while legal responsibility shall be shared equally.

Date:

By _____
Ashley Barrett

By _____        _____
Southern Atlantic Law Group, PLLC      Signature

By _____        _____
Hall & Lampros, LLP                Signature

By _____        _____
Pratt Clay, LLC                    Signature

By _____        _____
Normand Law PLLC                   Signature

By _____        _____
Christopher J. Lynch, P.A.         Signature

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY COOK, MICAH BELLAMY, and
MAURICE JONES, As Personal Representative             CASE NO.: 6:17-cv-
and on behalf the Estate of Kailyn Jones,                        891-ORL- 40KRS
each individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY and GEICO
GENERAL INSURANCE COMPANY,

      Defendant.

_____/

ANTHONY LORENTI and ASHLEY BARRETT,             CASE NO.: 6:17-cv-
Individually and on behalf of all others similarly              1755-PGB- 40DCI
situated,

      Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

      Defendant.

_____/

**DECLARATION OF CHRISTOPHER B. HALL**

    1.      My name is Christopher B. Hall. I am over the age of majority, provide this

declaration voluntarily, and it is based on personal knowledge.

    2.      I am a partner in the law firm Hall & Lampros, LLP ("Hall & Lampros")

and am one of counsel of record representing Plaintiffs in the above-styled lawsuit.

    3.      I have been licensed to practice law in the State of Georgia since 1996.

1

4.     This declaration is submitted in support of the parties' Motion for Attorneys' Fees and Expenses and Service Award in the above-styled matter.

**Time and Resources Expended on the Case**

5.     Five lawyers, and multiple legal assistants from Hall & Lampros have worked on this matter. The firm tries not to duplicate efforts to be efficient and because the firm takes matters on a contingency basis.  I served as lead partner in the case for the firm.  Andrew Lampros also performed substantial work on the case including the taking of depositions.  Associate Gordon Van Remmen also performed substantial work on the case.

6.     To date, Hall & Lampros' lawyers and paralegals have spent a total of 2,089.20 hours having a value of $1,447,510 from September 2017 through the present, calculated at our firm's current customary hourly rates for this type of matter. These hours reflect an exercise of billing judgment so that all hour incurred actually are not billed.  After exercising billing judgment, the amount of time recorded by each lawyer and law clerk and their billing rates are as follows:

| Timekeeper | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Hall, Chris | Partner | $  750.00 | 1332.6 | 999,450 |
| Lampros, Andrew | Partner | $  750.00 | 378.7 | 284,025 |
| Patrick Hannon | Partner | $  550.00 | 7.7 | 4235 |
| Van Remmen, Gordon | Associate | $  450.00 | 344.40 | 154980 |
| Barto , Brittany | Law Clerk | $  250.00 | 9.50 | 2375 |
| Mensah, Ligia | Law Clerk | $  150.00 | 16.3 | 2445 |
| Total | | | 2089.2 | 1447510 |

7.     The above hours do not include substantial time reviewing various

2

communications, emails, and Court orders.  I believe that the rates set forth above are reasonable and commensurate with, if not lower than, rates charged by lawyers in the Orlando, Florida area handling similar types of complex class action matters.  The time recorded by the firm's lawyers and staff make efforts to ensure that there is duplication of efforts or unreasonable time entries.

8.      Hall & Lampros, LLP has expended reasonable costs in this matter of $44,267.13.  These costs are itemized in the attached Exhibit A.

9.      Due to the substantial time commitment, Hall & Lampros forewent other fee and profit-generating opportunities in pursuit of this case.  Given the substantial time and efforts needed for a case of this type, Hall & Lampros would not have taken on this case without the opportunity for a multiplier.

10.     Chris Hall's efforts in this case amounted to approximately 30% of his total hours worked during the period January 1, 2018 through the present.  Chris Hall's efforts were directed to written discovery, data analysis, insurance coverage expertise (including expertise from the *Bastian* matter and providing coverage defense work earlier in his career at Lord, Bissell, & Brook), expertise in complex computer systems and working with substantial data (from *Bastian* and *Medco* matters, *infra*), and extensive work briefing on all matters submitted to the Court.  Chris Hall has detailed knowledge relating to all of the over one dozen sets of Excel data produced containing over 200 computer fields and over 2 million lines of data.  Chris Hall personally reviewed almost all of the documents produced in this lawsuit.  Chris Hall was the primary lawyer involved in the back and forth process between the parties to identify the class members and damages.  Chris Hall also

3

was the primary lawyer who worked with class action administrator KCC Class Action Services, LLC to accomplish the notice design, negotiate notice process with opposing counsel, and worked with KCC in the execution of the notice and supplemental notice.

## Hall & Lampros, LLP Lawyers' Experience

11.     Chris Hall is a founding member of Hall & Lampros. Mr. Hall's practice focuses on class action and complex litigation.  He has over 23 years of experience practicing law.  He received his JD from the University of Georgia School of Law, *cum laude*, in 1996.  He received his BA from the University of Virginia in 1991.

12.     Chris Hall also has extensive experience in insurance coverage litigation. Mr. Hall for eight years practiced with the national law firm of Lord, Bissell & Brook (now Locke Lord Bissell & Lidell), where much of his work included representing insurers in insurance coverage litigation. After, Lord Bissell, Mr. Hall was a founding partner of Cook, Hall & Lampros (now Hall & Lampros) litigating complex plaintiffs cases involving antitrust, RICO, insurance coverage class actions, consumer class actions, and unfair business practices.  Mr. Hall has been recognized as a top lawyer by Georgia Trend.

13.     Mr. Hall served as co-lead class counsel in the following class actions: *Bastian et al. v. USAA Casualty Insurance Company et al.,* No. 3:13-cv-01454-TJC-MCR (M.D. Fla.)(settlement with common fund of over $30 million and class benefits of over $50 million on behalf of total loss auto insureds for USAA's failure to pay sales tax on total loss claims); *Blessing v. Sirius XM Radio, Inc.*, No. 1:09-cv-10035 (S.D.N.Y.) (Mr. Hall developed the case theories and was co-lead class counsel in this antitrust, breach of contract, and consumer protection class action resulting in settlement valued at $180

4

million on behalf of class); *WV Attorney General, ex rel. Darrell McGraw v. Wells Fargo Ins. Services, et al.*, No. 05-c-115-W, Hancock County, West Virginia (Mr. Hall was co-lead counsel and Special Assistant Attorney General representing the State of West Virginia against Wells Fargo alleging antitrust violations relating to insurance practices, which settled in 2016 for $8 million) *Medco Health Solutions, Inc. et al. v. West Virginia Public Employees Insurance Agency*, 02-c-2764, Circuit Court of Kanawha County, West Virginia (Mr. Hall was co-lead counsel and Special Assistant Attorney General representing public health insurance agency with approximately 180,000 covered lives in breach of contract and fiduciary duty counterclaims against Pharmacy Benefit Manager resulting in $5.5 million settlement); *DeKalb Tire Co., Inc. v. Michelin North America, Inc.*, 97-CV-2300, USDC Northern District of Georgia (Mr. Hall was co-lead counsel in antitrust Robinson-Patman Act lawsuit for price discrimination in the sale of tires resulting in multi-million dollar settlement). Mr. Hall also has tried numerous cases, including two cases resulting in multi-million dollar verdicts.

15. Andrew Lampros is a founding member of Hall & Lampros, LLP. Mr. Lampros graduated from Wake Forest University School of Law in 1999 and has been practicing law since then. He was admitted to practice in Tennessee in 1999 and in Georgia in 2000. After graduating from law school, Mr. Lampros practiced insurance litigation for approximately four (4) years handling both liability and coverage matters and tried a number of cases to jury verdict. In 2003, he began a plaintiffs' practice and has litigated and tried numerous cases on behalf of individuals and small businesses in individual and representative capacities. Mr. Lampros has tried numerous cases to jury verdict in both

state and federal courts recovering millions of dollars on behalf of his clients.  Mr. Lampros has been recognized as a Super Lawyer and as one of Georgia Trend's legal elite for the state of Georgia.  He has served as lead counsel or co-lead counsel in numerous collective actions brought pursuant to the FLSA.

16.     Mr. Lampros was actively involved in the *Bastian v. USAA* lawsuit.  He has particular expertise in complex data systems and insurance coverage and deposed witnesses in this case relating to data and coverage issues. He also was involved and handled data analysis, drafting and revising pleadings, motions, briefs, hearing preparation and communications with experts and opposing counsel.

17.     Patrick Hannon is a partner at Hall & Lampros.  He has been practicing law for over 19 years.  He worked for the law firm Lord, Bissell & Brook before joining the predecessor to Hall & Lampros.  He has extensive experience in complex litigation, including class actions.

18.     Gordon Van Remmen is an associate at Hall & Lampros, who is a 2015 graduate of the University of Georgia School of Law.  He has been a member of the bar since 2015, and has focused on class action and employment litigation.  Mr. Van Remmen has experience litigating in the *Bastian* case and other class action matters.  Mr. Van Remmen was involved in editing, cite checking, legal research, and revisions for most of the briefing in this case submitted in 2018 and 2019.  He also played a large and detailed role in data analysis and checking motor vehicle reports for leased vehicle status.

19.     Brittany Barto is an associate at Hall & Lampros, who is a 2019 graduate from the Georgia State University School of Law.

6

Further declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 2nd day of June, 2020.


/s/Christopher B. Hall
Christopher B. Hall

EXHIBIT A

Lorenti et al. v. GEICO

H L Case Expenses

| Date | Description | $ Amount |
|------|-------------|----------|
| 10/1/2018 | USDC - PHV Fee | $150.00 |
| 10/3/2018 | Travel - Matt Baer Depo (flight, hotel & meals) | $820.81 |
| 10/8/2018 | Court reporter - Jeffrey Martin | $679.84 |
| 10/15/2018 | Court reporter - J. Thompson | $899.15 |
| 10/22/2018 | Travel - Lorenti depo (Flight) | $656.40 |
| 10/22/2018 | Travel - Lorenti depo (hotel) | $283.21 |
| 10/23/2018 | Court reporter - Anthony Lorenti | $390.65 |
| 10/23/2018 | Travel - Lorenti depo (rental car) | $164.16 |
| 10/23/2018 | Travel - L. Mitchell depo (flight, hotel & meals) | $849.73 |
| 10/25/2018 | Travel - Antonacci depo (hotel) | $1,324.28 |
| 10/29/2018 | Data - VINs | $2,000.00 |
| 11/27/2018 | J. Martin - Expert | $13,600.00 |
| 11/27/2018 | Travel - Thompson depo (mileage) | $101.75 |
| 12/5/2018 | Travel - T. Penry depo (flight, hotel & meals) | $1,987.80 |
| 1/11/2019 | Court reporter - Hough | $751.70 |
| 1/11/2019 | Travel - Hough depo (add'l hotel charge) | $148.29 |
| 1/11/2019 | Travel - Hough depo (flight, hotel & meals) | $1,369.89 |
| 4/2/2019 | Travel - Orlando Class Cert  (flight) | $614.60 |
| 4/2/2019 | Travel - Orlando Class Cert  (add'l airline charge) | $407.98 |
| 4/19/2019 | Court reporter - Jeffrey Martin | $902.82 |
| 6/4/2019 | Data - VINs | $98.00 |
| 6/28/2019 | J. Martin - Expert | $6,600.00 |
| 8/13/2019 | Data - VINs | $1,082.50 |
| 9/12/2019 | Travel - mediation (meals -4 counsel) | $132.21 |
| 9/12/2019 | Travel - mediation (meals -2 counsel) | $25.87 |
| 9/12/2019 | Travel - mediation (add'l hotel charge) | $4.00 |
| 9/12/2019 | Travel - mediation (hotel) | $111.87 |
| 9/12/2019 | Travel - mediation (hotel) | $111.87 |
| 9/12/2019 | Travel - mediation (flight) | $463.60 |
| 9/13/2019 | Travel - mediation (airline change fee) | $35.00 |
| 9/13/2019 | Travel - mediation (airline change fee) | $55.00 |
| 9/13/2019 | Travel - mediation (add'l airline charge - changed flights due to time) | $398.29 |
| 9/13/2019 | Travel - mediation (add'l airline charge - changed flights due to time) | $398.29 |
| 9/13/2019 | Travel - mediation (airline change fee) | $50.00 |
| 9/13/2019 | Travel - mediation (airline change fee) | $50.00 |
| 9/13/2019 | Travel - mediation (meals - 2 counsel) | $85.58 |
| 9/13/2019 | Travel - mediation (rental car) | $144.76 |
| 10/9/2019 | J. Martin - Expert | $6,200.00 |
| 10/28/2019 | Fedex | $49.02 |
| 10/28/2019 | Fedex | $68.21 |
| | TOTAL | $44,267.13 |

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 6:17-cv-00891-PGB-KRS Sullivan et. al v. Government Employees Insurance Company Pro Hac Vice Fees paid |
| **Date:** | Tuesday, October 02, 2018 3:27:32 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 10/2/2018 at 3:26 PM EDT and filed on 10/2/2018
**Case Name:**       Sullivan et. al v. Government Employees Insurance Company
**Case Number:**    6:17-cv-00891-PGB-KRS
**Filer:**              Anthony Lorenti
**Document Number:** No document attached

**Docket Text:**
**\*\*\*PRO HAC VICE FEES paid by attorney Christopher B Hall, appearing on behalf of Anthony Lorenti (Filing fee $150 receipt number ORL77321.) Related document: [91] MOTION for Christopher B. Hall to appear pro hac vice. (RCN)**


**6:17-cv-00891-PGB-KRS Notice has been electronically mailed to:**

Susan Banks Harwood     susan.harwood@kaplanzeena.com,
ivonne.gayon@kaplanzeena.com, service@kaplanzeena.com

Edmund A. Normand     ed@ednormand.com, NormandPLLC@ecf.courtdrive.com,
service@ednormand.com

Tracy Lynne Markham     tlmarkhamlaw@gmail.com, pleadingsonly@avoliohanlonfl.com,
tlm@avoliohanlonfl.com

Christopher J. Lynch     clynch@hunterlynchlaw.com, lmartinez@hunterlynchlaw.com

Amelia Toy Rudolph     amyrudolph@eversheds-sutherland.com, amy-rudolph-
1418@ecf.pacerpro.com, danielkent@eversheds-sutherland.com

Bradley W. Pratt     bradley@prattclay.com, james@prattclay.com, san@prattclay.com,

tammy@prattclay.com

Kymberly Kochis     kymberlykochis@eversheds-sutherland.com, lindakwong@eversheds-sutherland.com, stephaniekeating@eversheds-sutherland.com

Jacob Lawrence Phillips     jacob@ednormand.com, thomas@ednormand.com

Peter Andrew Lampros     alampros@hallandlampros.com, admin@hallandlampros.com, pal@hallandlampros.com

Alexander Fuchs     alexfuchs@eversheds-sutherland.com, lindakwong@eversheds-sutherland.com, stephaniekeating@eversheds-sutherland.com

**6:17-cv-00891-PGB-KRS Notice has been delivered by other means to:**

**Subject:**          FW: Your Flight Receipt - CHRISTOPHER BAKE HALL 02OCT18



**Hello, CHRISTOPHER BAKE**                    SkyMiles®#*******836 >

Your Trip Confirmation #: **GZL3HP**          **MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

| Tue, 02OCT | DEPART | ARRIVE |
|---|---|---|
| DELTA 186<br>Main Cabin (H) | ATLANTA | ORLANDO INTL, FL |
|  | 5:00pm | 6:27pm |
| Wed, 03OCT | DEPART | ARRIVE |
| DELTA 2586<br>Main Cabin (H) | ORLANDO INTL, FL | ATLANTA |
|  | 4:25pm | 6:01pm |

TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

NEW SERVICE & SUPPORT ANIMAL REQUIREMENTS

Delta welcomes trained service animals, including psychiatric service and emotional support animals on our flights. Effective March 1, 2018 we are changing our requirements. For these requirements please go to: delta.com/animals.

## AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| CHRISTOPHER BAKE HALL | DELTA 186 | 16E |
| SkyMiles #*******836 | DELTA 2586 | 23B |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062341731825

Place of Issue: Delta.com

Ticket Issue Date: 28SEP18

Ticket Expiration Date: 28SEP19

## METHOD OF PAYMENT

CA************1027                                         **$650.40 USD**

## CHARGES

**Air Transportation Charges**

Base Fare                                                                    $578.60 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger          $11.20 USD
Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                               $43.40 USD

United States - Passenger Facility Charge (XF)                      $9.00 USD

United States - Flight Segment Tax (ZP)                               $8.20 USD

**TICKET AMOUNT**                                                       **$650.40 USD**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL ORL289.30HA0RA0MA DL ATL289.30HA0RA0MA USD578.60END ZP ATLMCO XF ATL4.5MCO4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Tue 02 Oct 2018 | DELTA: ATL ▶MCO | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30$^{USD}$ | $40$^{USD}$ |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

| Wed 03 Oct 2018 | DELTA: MCO ▶ATL | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30$^{USD}$ | $40$^{USD}$ |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

3

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### NEED MORE MILES? ›

Buy and transfer miles on delta.com.



### BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.



## NEED HELP?
Learn how to make ticket changes and more at delta.com.

KEEP CLIMBING

▲ DELTA

GET HELP

✎ We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/sustainability to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.

• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2018 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

5



HILTON GARDEN INN LAKELAND
3839 DON EMERSON DR
LAKELAND, FL  33811
United States of America
TELEPHONE 863-647-0066   • FAX 863-646-5195
Reservations
www.hilton.com or 1 800 HILTONS

HALL, CHRISTOPHER

HALL  LAMPROS, LLP
1230 PEACHTREE ST NE STE 950
ATLANTA GA  30309-7538
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 343/Q2 |
| Arrival Date: | 10/2/2018  12:07:00 AM |
| Departure Date: | 10/3/2018 12:02:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | TJOHNSON79 |
| Room Rate: | 150.00 |
| AL: | DL 2209314836 |
| HH # | 854364511 BLUE |
| VAT # | |
| Folio No/Che | 240002 A |

Confirmation Number: 3486626996

HILTON GARDEN INN LAKELAND 10/3/2018 12:01:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/2/2018 | GUEST ROOM | CDEATON | 1161823 | $150.00 | | |
| 10/2/2018 | RM-STATE TAX | CDEATON | 1161823 | $10.50 | | |
| 10/2/2018 | RM-LODGING TAX | CDEATON | 1161823 | $7.50 | | |
| 10/2/2018 | AIRPORT CONCESSION FEE | CDEATON | 1161823 | $2.41 | | |
| 10/3/2018 | MC *1027 | TJOHNSON79 | 1161955 | | ($170.41) | |
| | **BALANCE** | | | | | $0.00 |

EXPENSE REPORT
SUMMARY

| | 10/2/2018 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $170.41 | $170.41 |
| DAILY TOTAL | $170.41 | $170.41 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,000 hotels and resorts in 100 countries, please visit Honors.com

*****PLEASE BE ADVISED THAT OUR AIRPORT CONCESSION FEE INCLUDES APPLICABLE SALES TAX*****

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 004984 | MERCHANT ID | 701412973 |
| CARD NUMBER | MC *1027 | EXP DATE | 03/22 |
| TRANSACTION ID | 1161955 | TRANS TYPE | Sale |

## Veritext, LLC
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Christopher B. Hall | **Invoice #:** | NY3511657 |
| | Hall & Lampros LLP | **Invoice Date:** | 10/18/2018 |
| | 400 Galleria Pkwy | **Balance Due:** | $679.84 |
| | Suite 1150 | | |
| | Atlanta, GA, 30339 | | |

| | |
|---|---|
| **Case:** | Sullivan, Robert v. Geico |
| **Job #:** | 3025858 \| Job Date: 10/8/2018 \| Delivery: Normal |
| **Billing Atty:** | Christopher B. Hall |
| **Location:** | Hall & Lampros LLP |
| | 600 Galleria Pkwy \| Suite 990 |
| | Atlanta, GA 30339 |
| **Sched Atty:** | Kymberly Kochis \| Eversheds Sutherland |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jeffrey O. Martin | Certified Transcript | Page | 188.00 | $2.75 | $517.00 |
| | Exhibits - Color | Per Page | 3.00 | $0.95 | $2.85 |
| | Exhibits | Per Page | 31.00 | $0.40 | $12.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 34.00 | $0.35 | $11.90 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $629.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $50.19 |
| | **Balance Due:** | $679.84 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



**THIS INVOICE IS 153 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to www.veritext.com | Please remit payment to: Veritext P.O. Box 71303 Chicago IL 60694-1303 | **Invoice #:** | NY3511657 |
|---|---|---|---|
| | | **Job #:** | 3025858 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Invoice Date:** | 10/18/2018 |
| | | **Balance:** | $679.84 |

40129



## COMBS COURT REPORTING, INC.

PROFESSIONAL, DEPENDABLE REPORTERS
Serving the entire State of Georgia

PO Box 721
Macon, GA 31202
Phone: 800-474-6987
deborah@combscourtreporting.com

# INVOICE

HALL AND LAMPROS, LLP
ATTN: Christopher B. Hall, Esquire
1230 Peachtree Street, NE
Suite 950
Atlanta, GA  30309

| | |
|---|---|
| **Invoice Number:** | **106524** |
| Invoice Date: | 10/15/2018 |
| Client Phone: | 404-876-8100 |

In Re:  Elizabeth Sullivan, Anthony Cook, et al. vs. Government Employees Insurance Company, et al.
Witness(s): 30 (b)(6) Kenneth Thompson
Attendance Date: 10/10/2018, 10:00 a.m.
Reporter: Mary Beth Cook
Location: COMBS COURT REPORTING - 112 Pierce Avenue – Macon, GA 31204 - 478.474.6987

Invoice Total:                899.15

Please make check out to Combs Court Reporting, Inc.

PLEASE REMIT TO 112 Pierce Avenue, Macon, Georgia 31204

Thank you for doing business with Combs Court Reporting, Inc.
Stenographic Realtime Court Reporters
Schedule our services by visiting our website at
WWW.COMBSCOURTREPORTING.COM
or calling 800.474.6987

For your convenience, we accept MasterCard and Visa.
Please note: If paying by Credit Card, please add .04.

TERMS: Nonclients cash in advance. Clients Net 30.
Accounts over 30 days are subject to 1.5% interest, PLUS $2.00 per
month transaction fee. Payment is not contingent upon client reimbursement.

Tax ID: 47-1287858

### PLEASE DETACH AND RETURN WITH PAYMENT

Invoice Numbers: 106524   Amount Due: $899.15   Amount Enclosed: $ _____



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| OCT18 2018 | **DELTA AIR LINES - ATLANTA** |  PLAN IT | $656.40 |

USE PLAN IT^SM TO SPLIT UP THIS TRANSACTION INTO MONTHLY PAYMENTS FOR A FIXED MONTHLY FEE AND NO INTEREST.

Create a Plan

Doing business as:
**DELTA AIR LINES DELTA.COM**
View Details on Merchant Website

ATLANTA AIRPORT

-

ATLANTA

GA

30344

UNITED STATES

800.221.1212

Additional Information: 18002211212
DELTA AIR LINES
Reference: 320182910960162776
Category: Travel - Airline

**Flight Details**

**ATLANTA HARTSFIELD**  **JACKSONVILLE INTER**

**JACKSONVILLE INTER**  **ATLANTA HARTSFIELD**

Passenger Name: LAMPROS/PETER ANDREW

Date of Departure: 10/22

Ticket Number: 00623446574704

Document Type: PASSENGER TICKET

Don't forget you can check your first bag for free on every Delta flight! Terms Apply



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| OCT24 2018 | HILTON HISTORIC BAYFRONT - SAINT AUGUSTI, FL | PLAN IT | $283.21 |

USE PLAN IT$^{SM}$ TO SPLIT UP THIS TRANSACTION INTO MONTHLY PAYMENTS FOR A FIXED MONTHLY FEE AND NO INTEREST.

Create a Plan

Doing business as:
**HILTON**
32 AVENIDA MENENDEZ
-
SAINT AUGUSTINE
FL
32084
UNITED STATES
904.829.2277

Additional Information: 00002904 9048292277
Reference: 320182970054484008
Category: Travel - Lodging

**Itinerary Details**

Arrival

10/22/18

Departure

10/23/18

LODGING
9048292277

## Veritext, LLC
## Florida Region

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Andrew Lampros Esq | **Invoice #:** FLA3539610 |
| Hall & Lampros LLP | **Invoice Date:** 11/12/2018 |
| 400 Galleria Pkwy | **Balance Due:** $390.65 |
| Suite 1150 | |
| Atlanta, GA, 30339 | |

| | |
|---|---|
| **Case:** | Sullivan, Robert v. Geico |
| **Job #:** | 3024005 \| Job Date: 10/23/2018 \| Delivery: Normal |
| **Billing Atty:** | Andrew Lampros Esq |
| **Location:** | St. Augustine Court Reporters |
| | 1510 N. Ponce De Leon Blvd. \| Ste. A |
| | Saint Augustine, FL 32084 |
| **Sched Atty:** | Amelia T. Rudolph \| Eversheds Sutherland |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Anthony Lorenti | Certified Transcript | Page | 87.00 | $3.45 | $300.15 |
| | Exhibits | Per Page | 181.00 | $0.50 | $90.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $464.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | ($74.00) |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $390.65 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### To pay online, go to
### www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA3539610 |
| **Job #:** | 3024005 |
| **Invoice Date:** | 11/12/2018 |
| **Balance:** | $390.65 |

40129



**Rental Agreement # 343334306**
**Invoice # 30034617119**

## Renter Information

**Renter Name**
ANDREW LAMPROS

**Renter Address**
KENNESAW, GA 30152-8269
USA

**Contract**
AMEX E

## Vehicle Information

**PATHFINDER S 4WD**
**License #:** BWJJ35
**State/Province:** FL

**Vehicle Class Driven**
Standard SUV 5-Door/Automatic/Air

**Vehicle Class Charged**
Intermediate 2 or 4-Door/Automatic/Air

**Odometer Mileage/Kilometers**

**Starting:** 646      **Ending:** 770

**Total:** 124

## Thank you for renting with National Car Rental

**We appreciate your business!**

This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.

If you have any questions about your rental, please view our Frequently Asked Questions or send us a secured message by visiting our Support Center

## Trip Information

**Pickup**
📅 Mon, Oct 22 2018   🕐 5:13 P.M.
JACKSONVILLE, FL ARPT (JAX) ✈
1881 STAGGERWING COURT
JACKSONVILLE, FL 32218-2492
USA

**Return**
📅 Tue, Oct 23 2018   🕐 2:43 P.M.
JACKSONVILLE, FL ARPT (JAX) ✈
1881 STAGGERWING COURT
JACKSONVILLE, FL 32218-2492
USA

## Rental Charges

| | | |
|---|---|---:|
| Rental Rate | Time & Distance  1 Day at $77.56 / Day | $77.56 |
| Coverages | Roadside Plus ($6.99 / Day) | $6.99 |
| Add-Ons | Fuel Service Option ($55.03 / Rental) | $55.03 |
| Mileage | Unlimited Mileage | Included |
| Taxes and Fees | Airport Security Fee 2.00/rntl ($2.00 / Rental) | $2.00 |
| | Sales Tax (7.00%) | $10.28 |
| | Sc Rec - Fl Surchg Recov 2.00/day ($2.00 / Day) | $2.00 |
| | Concession Recoup Fee 11.11 Pct (11.11%) | $9.48 |
| | Vlf Rec .80/day ($0.80 / Day) | $0.80 |
| | Fl Waste Tire/battery Fee .02/day ($0.02 / Day) | $0.02 |

**Total**                                                        **$164.16**

(Subject to audit)

Amount charged on Oct 23 2018 to AMERICAN EXPRESS (2006)        ($164.16)

**Amount Due**                                                   **$0.00**

**Subject:**              FW: Your Flight Receipt - CHRISTOPHER BAKE HALL 22OCT18



**Hello, CHRISTOPHER BAKE**                          SkyMiles®#*******836 >

**Your Trip Confirmation #: GJSEV5**                    **MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

| Mon, 22OCT | DEPART | ARRIVE |
|---|---|---|
| DELTA 504 | ATLANTA | NEWARK, NJ |
| Delta Comfort+® (W) | | |
| | 7:54pm | 10:09pm |
| **Tue, 23OCT** | **DEPART** | **ARRIVE** |
| DELTA 5940* | NYC-LAGUARDIA | WASHINGTON-REAGAN |
| First Class (A) | | |
| | 4:59pm | 6:24pm |
| **Thu, 25OCT** | **DEPART** | **ARRIVE** |
| DELTA 1425 | BALTIMORE, MD | ATLANTA |
| Delta Comfort+® (W) | | |
| | 2:54pm | 4:48pm |

*Flight 5940 Operated by REPUBLIC AIRLINE DBA DELTA CONNECTION

TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least

3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

## NEW SERVICE & SUPPORT ANIMAL REQUIREMENTS

Delta welcomes trained service animals, including psychiatric service and emotional support animals on our flights. Effective March 1, 2018 we are changing our requirements. For these requirements please go to: delta.com/animals.

## AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018**. Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## ATL Construction Traffic Update

Please be advised that you may experience roadway traffic delays due to ongoing construction efforts at the South Terminal of Hartsfield-Jackson International Airport (ATL). We recommend that you arrive at least 2 hours prior to your departure time. In addition, customers arriving using commercial transportation such as a hotel or parking service shuttle will be dropped at the North Terminal. For more information, please visit http://next.atl.com.

## Passenger Info

| NAME | FLIGHT | SEAT |
|------|--------|------|
| CHRISTOPHER BAKE HALL | DELTA 504 | 13C |
| SkyMiles #*******836 | DELTA 5940 | 03C |
| | DELTA 1425 | 13B |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062344986371-72

Place of Issue: Delta.com

Ticket Issue Date: 19OCT18

Ticket Expiration Date: 19OCT19

**METHOD OF PAYMENT**

CA***********1027                                                      **$1371.00 USD**

**CHARGES**

**Air Transportation Charges**

Base Fare                                                               $1240.93 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger                    $11.20 USD
Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                                 $93.07 USD

United States - Passenger Facility Charge (XF)                          $13.50 USD

United States - Flight Segment Tax (ZP)                                 $12.30 USD

**TICKET AMOUNT**                                                        **$1371.00 USD**

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL EWR379.54KD3NA0CB /-NYC DL WAS491.16QA0ASHF1 /-BWI DL ATL370.23QA0QA0CB USD1240.93END ZP ATLLGABWI XF ATL4.5LGA4.5BWI4.5

**Checked Bag Allowance**

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Mon 22 Oct 2018 | DELTA: ATL ▶EWR | |
|-----------------|-----------------|-----------------|
| CARRY ON | FIRST | SECOND |
| FREE | $30$^{USD}$ | $40$^{USD}$ |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

| Tue 23 Oct 2018 | DELTA: LGA ▸ DCA | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

| Thu 25 Oct 2018 | DELTA: BWI ▸ ATL | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30$^{USD}$ | $40$^{USD}$ |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**NEED MORE MILES? ›**

Buy and transfer miles on delta.com.



**BOOK YOUR SUMMER GETAWAY. ›**

It's a great time to choose your next escape from more than 325 destinations on six continents.



**NEED HELP?**
Learn how to make ticket changes and more at delta.com.

KEEP CLIMBING
▲ DELTA

GET HELP

🏷 We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/sustainability to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to

appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2018 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

**Subject:**     FW: Hotels.com booking confirmation 8152019046836 - Hilton Garden Inn New York Times Square South - New York







✅ **Dear Chris, your reservation is guaranteed and all paid for.**

 **Manage booking**           **Print receipt**           **Book again**

**Hilton Garden Inn New York Times Square South**

326 W 37th St
New York
10018
NY
US

+12128686700



| Hotels.com confirmation number | 8152019046836 |
|---|---|
| Check-in | Monday, October 22, 2018 |
| Check-out | Tuesday, October 23, 2018 (noon) |
| Your stay | 1 night, 1 room |
| Cancellation policy | Free cancellation until 10/19/18 11:59 PM (GMT-05:00) |
| Amount paid | $289.23 |

 **Manage booking**     **Print receipt**     **Book again**

 **Use our app for paperless check in.**
Need access to this confirmation offline? Get our app.    Download app now

## Hotel Details

Hilton Garden Inn New York Times Square South
326 W 37th St, New York, 10018, NY, US Phone: +12128686700

**Required at check-in**
- Credit card deposit required
- Government-issued photo ID required
- Minimum check-in age is 18

## Room details

**Room**          Room, 1 King Bed
              Chris Hall, 2 adults

**Preferences**      Non Smoking, King Bed

2

**Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

Facilities

 FREE WIFI

**1 King Bed**
**Internet** - Free wired Internet access
**Entertainment** - 43-inch LCD TV
**Food & Drink** - Refrigerator, microwave, coffee/tea maker, and room service
**Sleep** - Blackout drapes/curtains
**Bathroom** - Private bathroom, a hair dryer, and a shower/tub combination
**Practical** - Safe, iron/ironing board, and desk; free cribs/infant beds available on request
**Comfort** - Air conditioning, heating, and daily housekeeping
Non-Smoking

## Payment details

| | | |
|---|---|---|
| **Price for room 1** | **Monday**, October 22, 2018 | $249.00 |
| Tax recovery charges | | $40.23 |
| **Total amount paid** | | **$289.23** |

 **Thank you for paying using your MasterCard ending in 1027. Your booking is guaranteed.**
You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

You'll be asked to pay the following charges at the property:

Deposit: USD 75 per day

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

**Cancellation policy**       **Free cancellation until 10/19/18**

3

If you change or cancel your booking after 11:59 PM, 10/19/18
(Eastern Standard Time) you will be charged for 1 night
(including tax)
We will not be able to refund any payment for no-shows or early
check-out.

**Your contact details**   chall@hallandlampros.com, 4048768100

## Got a question?

If you've already checked in or have questions related to the property, contact Hilton Garden
Inn New York Times Square South at +12128686700

For other questions, check out our FAQs, or call our Customer Service team:

**United States of America**:
24 hours a day; 7 days a week.
800-246-8357
This call is free.

You'll need your **Hotels.com Confirmation Number 8152019046836.**



## We will find you a rental car that suits your travel needs.



If you've got time we'd like to ask you 2 questions about your booking.

Sign up to our newsletter for the latest deals, coupons and special offers

View our Terms & Conditions and Privacy Policy related to your booking. Please print a copy to keep for future reference.

©2002-2018 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA. Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Subject:**     FW: Hotels.com booking confirmation 8149540453287 - Hilton Garden Inn Washington DC
Downtown - Washington





 **Dear Chris, your reservation is guaranteed and all paid for.**

 **Manage booking**      **Print receipt**      **Book again**

### Hilton Garden Inn Washington DC Downtown

815 14th St NW
Washington
20005
DC
US

+12027837800



| Hotels.com confirmation number | 8149540453287 |
|---|---|
| Check-in | Tuesday, October 23, 2018 (3 PM) |
| Check-out | Thursday, October 25, 2018 (noon) |
| Your stay | 2 nights, 1 room |
| Cancellation policy | See cancellation policy below |
| **Amount paid** | **$763.78** |

 **Manage booking**      **Print receipt**      **Book again**

 **Use our app for paperless check in.**
Need access to this confirmation offline? Get our app.

**Download app now**

## Hotel Details

Hilton Garden Inn Washington DC Downtown

815 14th St NW, Washington, 20005, DC, US Phone: +12027837800

| **Required at check-in** | ▪ Credit card or cash deposit required |
|---|---|
| | ▪ Government-issued photo ID required |

## Room details

| **Room** | Room, 2 Queen Beds |
|---|---|
| | Chris Hall, 1 adult |
| **Preferences** | Non Smoking, 2 Queen Beds |

**Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

| | |
|---|---|
| **Facilities** | **2 Queen Beds** |
| | **Internet** - Free WiFi |
| | **Entertainment** - 42-inch LCD TV with premium channels and pay movies |
| | **Food & Drink** - Refrigerator, microwave, coffee/tea maker, and room service |
| | **Sleep** - Select Comfort bed, premium bedding, and blackout drapes/curtains |
| | **Bathroom** - Partially open bathroom, bathtub, free toiletries, and a hair dryer |
| | **Practical** - Safe, free weekday newspaper, and iron/ironing board |
| | **Comfort** - Air conditioning and daily housekeeping |
| | **Need to Know** - No rollaway/extra beds available |
| | Non-Smoking, renovated in March 2018 |
| | Connecting/adjoining rooms can be requested, subject to availability |

## Payment details

| | | |
|---|---|---|
| **Price for room 1** | **Tuesday**, October 23, 2018 | $339.00 |
| | **Wednesday**, October 24, 2018 | $325.44 |
| Tax recovery charges and service fees | | $99.34 |
| **Total amount paid** | | **$763.78** |

 **Thank you for paying using your MasterCard ending in 1027. Your booking is guaranteed.**
You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

| | |
|---|---|
| **Cancellation policy** | This booking has two parts, each with its own cancellation policy. |
| | **10/23/18 - 10/24/18 for 1 night** |
| | **Free cancellation until 10/20/18** |

If you change or cancel your booking after 11:59 PM, 10/20/18 (Eastern Standard Time) you will be charged for 1 night (including tax)
We will not be able to refund any payment for no-shows or early check-out.

**10/24/18 - 10/25/18 for 1 night**

**Free cancellation until 10/18/18**
If you change or cancel your booking after 11:59 PM, 10/18/18 (Eastern Standard Time) you will be charged for 1 night (including tax)
We will not be able to refund any payment for no-shows or early check-out.

**Your contact details**    chall@hallandlampros.com, 4048768100

# Got a question?

If you've already checked in or have questions related to the property, contact Hilton Garden Inn Washington DC Downtown at +12027837800

For other questions, check out our FAQs, or call our Customer Service team:

**United States of America**:
24 hours a day; 7 days a week.
800-246-8357
This call is free.

You'll need your **Hotels.com Confirmation Number 8149540453287.**

# We will find you a rental car that suits your travel needs.



If you've got time we'd like to ask you 2 questions about your booking.

✉ Sign up to our newsletter for the latest deals, coupons and special offers

View our Terms & Conditions and Privacy Policy related to your booking. Please print a copy to keep for future reference.

©2002-2018 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA. Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

# Joseph Rickman

---

**<u>Invoice:</u>**

Date:        10/29/2018

Case:        Lorenti/Sullivan v. GEICO

Bill to:      Hall & Lampros, LLP

             400 Galleria Pkwy Se

             Suite 1150

             Atlanta, GA 30339


800 VIN Identification @ $2.50 per:  $2,000.00


Balance Due:        $2,000.00

Jeffrey Martin
458 N. Highland Avenue
Atlanta, Georgia 30307

404-521-1882
jurychallenge@mindspring.com

Invoice for consulting services in the Sullivan and Lorenti case.

Date:      November 27th, 2018

Client:    Christopher B. Hall
           Hall & Lampros, LLP
           400 Galleria Parkway, Suite 1150
           Atlanta, GA  30339

| Date | Hours | Services |
|------|-------|----------|
| 7/18/2018 | 2.0 | Research |
| 7/19/2018 | 1.0 | Research |
| 8/30/2018 | 1.0 | Research |
| 9/4/2018 | 2.0 | Research |
| 9/10/2018 | 1.0 | Research |
| 10/2/2018 | 1.0 | Research |
| 10/3/2018 | 3.0 | Research |
| 10/4/2018 | 4.0 | Research |
| 10/5/2018 | 3.0 | Research |
| 10/6/2018 | 0.5 | Research |
| 10/7/2018 | 5.0 | Research |
| 10/8/2018 | 5.0 | Deposition |
| 10/10/2018 | 1.0 | Research |
| 10/11/2018 | 2.0 | Research |
| 10/16/2018 | 2.0 | Research |
| 10/17/2018 | 2.0 | Research |
| 10/19/2018 | 2.0 | Meeting & Research |
| 10/21/2018 | 3.0 | Meeting & Research |
| 10/22/2018 | 1.5 | Meeting & Research |
| 10/27/2018 | 2.0 | Meeting & Research |
| 10/29/2018 | 1.0 | Research |
| 10/30/2018 | 4.5 | Meeting & Research |
| 10/31/2018 | 4.0 | Meeting & Research |
| 11/1/2018 | 9.0 | Meeting & Research |
| 11/5/2018 | 5.0 | Research |
| 11/19/2018 | 0.5 | Research |

| TOTAL HOURS | 68.0 | (Services billed @ $200/hour) |
|---|---|---|

Total Consulting Charges     $13,600.00

Expenses (receipt attached)     $   .00

Total Charges                          $13,600.00


Please remit payment to:
  Jeffrey Martin
    458 N. Highland Avenue
    Atlanta, GA 30307

CBH – Travel to/from Macon – 185 miles r/t @.55 per mile

$101.75

**Subject:**          FW: Your Flight Receipt - CHRISTOPHER BAKE HALL 05DEC18



Hello, CHRISTOPHER BAKE                    SkyMiles®#*******836 >

Your Trip Confirmation #: **G3IPU3**                    **MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

| Wed, 05DEC | DEPART | ARRIVE |
|---|---|---|
| DELTA 1608<br>First Class (P) | ATLANTA | WASHINGTON-REAGAN |
|  | 9:02pm | 10:40pm |

| Thu, 06DEC | DEPART | ARRIVE |
|---|---|---|
| DELTA 2490<br>First Class (F) | WASHINGTON-REAGAN | ATLANTA |
|  | 7:29pm | 9:28pm |

TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

NEW SERVICE & SUPPORT ANIMAL REQUIREMENTS

Delta welcomes trained service animals, including psychiatric service and emotional support animals on our flights. Effective March 1, 2018 we are changing our requirements. For these requirements please go to: delta.com/animals.

## AUTOMATIC CHECK-IN NOW AVAILABLE

We've added Automatic Check-In to the Fly Delta app to save you time and hassle. This means if you're traveling in the United States, Puerto Rico or the U.S Virgin Islands, we'll automatically check you in 24 hours prior to your scheduled departure. Just open the app and you'll be on your way. Don't have the app? Click here to download. Learn more about automatic check-in.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## ATL Construction Traffic Update

Please be advised that you may experience roadway traffic delays due to ongoing construction efforts at the South Terminal of Hartsfield-Jackson International Airport (ATL). We recommend that you arrive at least 2 hours prior to your departure time. In addition, customers arriving using commercial transportation such as a hotel or parking service shuttle will be dropped at the North Terminal. For more information, please visit http://next.atl.com.

## Passenger Info

| NAME | | FLIGHT | SEAT |
|------|--|--------|------|
| CHRISTOPHER BAKE HALL | | DELTA 1608 | 03C |
| SkyMiles #*******836 | | DELTA 2490 | 05B |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062349102604

Place of Issue: Delta.com

Ticket Issue Date: 28NOV18

Ticket Expiration Date: 28NOV19

**METHOD OF PAYMENT**

CA************1027                                              **$1561.40 USD**

**CHARGES**

**Air Transportation Charges**

Base Fare                                                       $1426.04 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger          $11.20 USD
Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                        $106.96 USD

United States - Passenger Facility Charge (XF)                 $9.00 USD

United States - Flight Segment Tax (ZP)                        $8.20 USD

**TICKET AMOUNT**                                              **$1561.40 USD**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL WAS496.74HA0RX0FB DL ATL929.30J0F USD1426.04END ZP ATLDCA XF ATL4.5DCA4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Wed 05 Dec 2018 | DELTA: ATL ▶DCA | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

| Thu 06 Dec 2018 | DELTA: DCA ▶ATL | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

3

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

## NEED MORE MILES? ›



Buy and transfer miles on delta.com.

## BOOK YOUR SUMMER GETAWAY. ›



It's a great time to choose your next escape from more than 325 destinations on six continents.

### NEED HELP?
Learn how to make ticket changes and more at delta.com.

KEEP CLIMBING
▲ DELTA

GET HELP

🖊We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/sustainability to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2018 Delta Air Lines, Inc. All rights reserved.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.



**RENAISSANCE WASHINGTON D.C.**                                          **GUEST FOLIO**

| 610 | HALL/C | 359.00 | 12/06/18 | 12:00 | 38694 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | HALL & LAMPROS  LLP | | 12/05/18 | 22:58 | |
| TYPE | | | ARRIVE | TIME | |
| 2 | | | | | |

| ROOM CLERK | ADDRESS | PAYMENT | | | MRW#: |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 12/05 | TELECOM        BASESHIA | 12.95 | | |
| 12/05 | TAX BASE       BASEHSIA | .78 | | |
| 12/05 | ROOM           610, 1 | 359.00 | | |
| 12/05 | RM TAX         610, 1 | 53.67 | | |
| 12/06 | MC CARD | | $426.40 | |

TO BE SETTLED TO:   MASTERCARD -BK  CURRENT BALANCE  .00

THANK YOU FOR CHOOSING RENAISSANCE! TO EXPEDITE YOUR
CHECK-OUT, PLEASE CALL THE FRONT DESK, QUESTIONS REGARDING
YOUR BILL CALL MBS 8664357627, EMAIL MBS.FOLIO@MARRIOTT.COM

**See our "Privacy & Cookie Statement" on Marriott.com**



RENAISSANCE WASHINGTON D.C.
999 9TH ST NW
WASHINGTON, DC  20001

**Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



2625 Piedmont Rd, Suite 56-301
Atlanta, GA  30324
(770) 827-1223

TAX EIN:  46-3080258

# Invoice

**BILL TO**
Christopher B. Hall Esq
Hall & Lampros, LLP
400 Galleria Pkwy
Suite 1150
Atlanta, GA  30339

**INVOICE #** 2743
**DATE** 03/24/2019
**DUE DATE** 04/23/2019
**TERMS** Net 30



| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 01/11/2019 | **Appearance Fee**<br>Appearance Fee - 4hrs | 1 | 140.00 | 140.00 |
| 01/11/2019 | **Transcript**<br>Transcript - Original plus copy / Hough | 133 | 3.90 | 518.70 |
| 01/11/2019 | **Administration**<br>Production/ERL/Word Index/Exhibits | 1 | 77.00 | 77.00 |
| 01/11/2019 | **Shipping**<br>S&H - Original | 1 | 16.00 | 16.00 |

SULLIVAN v. GEICO
Deposition of Edward Hough
January 11, 2019

**BALANCE DUE**       **$751.70**

**Subject:**          FW: Confirmation Notification: 507607640109



## RESERVATION CONFIRMATION NUMBER: 507607640109
*Click here* to view, modify, or cancel this reservation.

## SUMMARY OF NEW BOOKING

**Room booked for 1 night(s), Thursday, January 10, 2019 - Friday, January 11, 2019**

| Primary Guest Information | Credit Card Information | Rate Information | |
|---|---|---|---|
| MR Chris Hall | Visa | Rate Total: | $129.00 |
| Hall and Lampros LLP | xxxx-xxxx-xxxx-4709 | Taxes & Fees: | $19.29 |
| 400 Galleria Parkway SE | Exp: 02/23 | | |
| Atlanta GA 30339 | | Total: | $148.29 |
| chall@hallandlampros.com | | | |
| Phone: 4048768100 | | | |

## ROOM DETAILS

| Room Guest Information | Room Information | Rate Information |
|---|---|---|
| Chris Hall | Deluxe King | BAR- Best Available Rate |
| chall@hallandlampros.com | This spacious 470 square foot suite features one king sized bed, full bath with deluxe amenities, 32" flat screen TV with premium cable channels, complimentary wireless internet access (Wifi), AM/FM alarm clock radio, work desk with chair, telephone with personal voicemail messaging, in-room safe, iron and board and hair dryer and complimentary | Best Available Rate |
| **Thursday, January 10, 2019 - Friday, January 11, 2019** | | Nightly Rate(s): |
| **1 Adult 0 Children** | | $129.00 USD  ( January 10, 2019 ) |

1

Washington Post delivered to guestroom. Enjoy daily turndown and shoeshine services. Most suites come equipped with a kitchenette with kitchen essentials for your stay. Maximum occupancy for this suite is two. All suites are non-smoking.

**GUARANTEE POLICY:**

Credit Card Guarantee is Required upon Booking.

**TAX POLICY:**

Occupancy Tax 14.95 Pct on Stay

**CANCELLATION POLICY:**

Cancel 1 day prior to arrival by 3PM local hotel time or 1 night penalty



2117 E STREET NORTHWEST
WASHINGTON, DC 20037
Phone: 202-861-8200

 **United**
**Community Bank**®

**April 2019 Statement** 03/15/2019 - 04/12/2019                          Page 2 of 4

 HALL LAMPROS LLP
PETER A LAMPROS (CPN 001666432)                **Cardmember Service**  📞  1-866-552-8855

## Bonus Rewards

For rewards program inquiries and redemptions, call 1-888-229-8864 from 8:00 am to 10:00 pm (CST) Monday through Friday, 8:00 am to 5:30 pm (CST) Saturday and Sunday. Automated account information is available 24 hours a day, 7 days a week.

## Important Messages

Paying Interest: You have a 24 to 30 day interest-free period for Purchases provided you have paid your previous balance in full by the Payment Due Date shown on your monthly Account statement. In order to avoid additional INTEREST CHARGES on Purchases, you must pay your new balance in full by the Payment Due Date shown on the front of your monthly Account statement.

There is no interest-free period for transactions that post to the Account as Advances or Balance Transfers except as provided in any Offer Materials. Those transactions are subject to interest from the date they post to the Account until the date they are paid in full.

## Transactions

### Payments and Other Credits

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|-----------|-----------|-------|------------------------|--------|----------|
| 04/02 | 03/31 | 5995 | DELTA AIR0062365874493 DELTA.COM   CA HALL/CHRISTOPH 04/01/19 ATLANTA      TO ORLANDO FLA | $614.60 | ———— |

*Continued on Next Page*



**April 2019  Statement**   03/15/2019 - 04/12/2019                                                      Page 3 of 4

HALL LAMPROS LLP                                        **Cardmember Service**         1-866-552-8855
PETER A LAMPROS (CPN 001666432)

## Transactions

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| | | | ORLANDO FLA   TO ATLANTA | | |
| 04/02 | 04/02 | 4836 | DropboxInc          141-58576933 CA | $99.00 | ———— |
| 04/03 | 04/01 | 0521 | GREENCOURT LEGAL TECHN 770-830-7900 GA | $4.96 | ———— |
| 04/03 | 04/02 | 1717 | HUDSONNEWS ST923      ORLANDO      FL | $27.28 | ———— |
| 04/03 | 04/02 | 3481 | HUDSONNEWS ST923      ORLANDO      FL | $7.90 | ———— |
| 04/03 | 04/02 | 0643 | UNIGUEST INC - USD     NASHVILLE    TN | $178.81 | ———— |
| 04/03 | 04/02 | 9179 | UNIGUEST INC - USD     NASHVILLE    TN | $33.00 | ———— |
| 04/03 | 04/02 | 5424 | UNIGUEST INC - USD     NASHVILLE    TN | $3.30 | ———— |
| 04/03 | 04/02 | 5429 | UNIGUEST INC - USD     NASHVILLE    TN | $6.60 | ———— |
| 04/03 | 04/02 | 6369 | UNIGUEST INC - USD     NASHVILLE    TN | $13.20 | |

*Continued on Next Page*



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AUG 12 2019 | **COURTYRD-2 1P3 - PLANTATION, FL** | $111.87 |

Doing business as:

**Courtyard by Marriott**

7780 SW 6TH ST

-

PLANTATION

FL

33324-3342

UNITED STATES

954.475.1100

Additional Information: 00001208001 LODGING
Reference: 320192250036315547

**Itinerary Details**

Arrival

08/12/19

Departure

08/12/19

LODGING

Loventi
PAL MP



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| SEP 5 2019 | **DELTA AIR LINES - ATLANTA** | $463.60 |

Doing business as:

**DELTA AIR LINES DELTA.COM**
View Details on Merchant Website

ATLANTA AIRPORT

-

ATLANTA

GA

30344

UNITED STATES

800.221.1212

Additional Information: 18002211212
DELTA AIR LINES
Reference: 320192480444676005

**Flight Details**

ATLANTA HARTSFIELD ✈ FT LAUDERDALE/HOLL

FT LAUDERDALE/HOLL ✈ ATLANTA HARTSFIELD

Passenger Name: LAMPROS/PETER ANDREW

Date of Departure: 09/12

Ticket Number: 00623870705441

Document Type: PASSENGER TICKET

Don't forget you can check your first bag for free on every Delta flight! Terms Apply



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 11 2019 | **PARK N FLY PLUS - COLLEGE PARK, GA** | $35.00 |

Doing business as:

**PARK 'N FLY PLUS**

2525 CAMP CREEK PKWY

ATLANTA

GA

30337

UNITED STATES

404.761.0364

Additional Information: 75364236 800-404-7275

800-404-7275

Reference: 320192550567756887

**Transaction Details**

**Description**

AUTOMOBILE PARKING

*Lorenti*
*RAr 4P*



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP **12** 2019 | **DELTA AIR LINES - ATLANTA** | $55.00 |

Doing business as:

**DELTA AIR LINES**

View Details on Merchant Website

1030 DELTA BLVD

DEPT 680

ATLANTA

GA

30354

UNITED STATES

800.221.1212

Additional Information: 18002211212

DELTA AIR LINES

Reference: 320192550566514870

**Flight Details**

Passenger Name: LAMPROS/PETER ANDREW

Ticket Number: 0062387020951

Document Type: ADDITIONAL COLLECTION

Don't forget you can check your first bag for free on every Delta flight! Terms Apply

*Lorenti PAL LHP*

11/13/2019

American Express US: Manage Your Card Account: Online Statement



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $398.29 |

Doing business as:

**JETBLUE AIRWAYS**
View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570597808891

**Flight Details**

FT LAUDERDALE/HOLL ✈ ATLANTA HARTSFIELD

Passenger Name: HALL/CHRISTOPHER MR

Date of Departure: 09/13

Ticket Number: 27921347658632

Document Type: PASSENGER TICKET



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 13 2019 | JETBLUE AIRWAYS 9010001 - JETBLUE, NY | $398.29 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570597080487

**Flight Details**

FT LAUDERDALE/HOLL  ✈  ATLANTA HARTSFIELD

Passenger Name: LAMPROS/ANDREW MR

Date of Departure: 09/13

Ticket Number: 27921347658621

Document Type: PASSENGER TICKET



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| SEP 13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $50.00 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570597808888

**Flight Details**

Passenger Name: HALL/CHRISTOPHER MR

Date of Departure: 09/13

Ticket Number: 27906198345782

Document Type: ADDITIONAL COLLECTION

*Lorati*
*PAL UP.*



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| SEP 13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $50.00 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570596811322

**Flight Details**

Passenger Name: LAMPROS/ANDREW MR

Date of Departure: 09/13

Ticket Number: 27906198345771

Document Type: ADDITIONAL COLLECTION

Loruti
PAL LXP.



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 13 2019 | **FORT LAUDERDALE AIRPORT - FORT LAUDERDA, FL** | $85.58 |

Doing business as:

**FT LAUDERDALE AIRPORT**

1400 LEE WAGENER BLVD

FT LAUDERDALE

FL

33315

UNITED STATES OF AMERICA (THE)

Additional Information: 1324314 1324314 33315
1324314 33315
RESTAURANT
Reference: 320192570603303337

11/13/2019    American Express US: Manage Your Card Account: Online Statement



Transaction Details Prepared for
**Peter A Lampros**
Account Number
**XXXX-XXXXXX-93008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP 13 2019 | **HERTZ CAR RENTAL - 800-654-4173, FL** | PETER A LAMPROS | $146.76 |

Doing business as:

**HERTZ RAC**

View Details on Merchant Website

14501 HERTZ QUAIL SPRINGS

-

OKLAHOMA CITY

OK

73134-2606

UNITED STATES

800.654.4173

Additional Information: R/A# 114400801 800-654-4173
Reference: 320192570594237336

### Rental Details

Pick up

> **FT LAUDERDALE FL**

Return

> **FT LAUDERDALE FL**

Agreement Number: 114400801

Renter Name:LAMPROS /ANDREW

*Lorent*
*PAL exp*

Jeffrey Martin
458 N. Highland Avenue
Atlanta, Georgia 30307

404-521-1882
jurychallenge@mindspring.com

Invoice for consulting services in the Sullivan and Lorenti case.

Date:      October 9th, 2019

Client:    Andrew Lampros
           Christopher B. Hall
           Hall & Lampros, LLP
           400 Galleria Parkway, Suite 1150
           Atlanta, GA  30339

| Date | Hours | Services | |
|---|---|---|---|
| 6/17/2019 | 2.0 | Research | New Data AIN and UE30A |
| 6/18/2019 | 5.0 | Research | Class List |
| 6/19/2019 | 3.0 | Research | Class List |
| 7/1/2019 | 2.0 | Research | UE30A and Additional Interest Data |
| 7/8/2019 | 2.0 | Research | Class List Addresses |
| 7/16/2019 | 1.5 | Research | Class List Addresses for 4,019 |
| 8/1/2019 | 1.0 | Research | Class List Questions |
| 8/16/2019 | 1.5 | Research | Questions – Martinez |
| 8/21/2019 | 1.0 | Research | Questions – Addresses |
| 8/29/2019 | 1.0 | Research | Questions |
| 9/13/2019 | 3.0 | Research | Estimate of Damages |
| 9/25/2019 | 6.0 | Research | Damages–Questons–Multiple–Injunctive |
| 10/8/2019 | 2.0 | Research | Split of Damages by Company |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | 31.0 | (Services billed @ $200/hour) | |

Total Consulting Charges      $6,200.00

Expenses (receipt attached)    $   .00

Total Charges                 $6,200.00

Please remit payment to:
    Jeffrey Martin
    458 N. Highland Avenue
    Atlanta, GA 30307



Transaction Details Prepared for
**Peter A Lampros**
Account Number
**XXXX-XXXXXX-93008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| OCT 28 2019 | FEDEX 776833082486 FedEx - MEMPHIS, TN | PETER A LAMPROS | $49.02 |

Doing business as:

**FEDEX - EXPRESS**

3875 AIRWAYS BLVD

-

MEMPHIS

TN

38116

UNITED STATES OF AMERICA (THE)

800.622.1147

Additional Information: 77683308248776833082486 32084
776833082486 32084
TO: SOUTHERN ATLANTIC LAW GROUP, P FL
FROM: MARSHA ASSE 30152
001 PRIORITY 1LB AWB776833082486
FEDEX #1-800-622-1147
Reference: 320193050441282822

*Lorenti*
*PAL exp.*

11/13/2019                          Business Express.us - Manage Your Card Account: Online Statement



Transaction Details Prepared for
**Peter A Lampros**
Account Number
**XXXX-XXXXXX-93008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| OCT 28 2019 | **FEDEX 776833249758 FedEx - MEMPHIS, TN** | PETER A LAMPROS | $68.21 |

Doing business as:

**FEDEX - EXPRESS**

3875 AIRWAYS BLVD

-

MEMPHIS

TN

38116

UNITED STATES OF AMERICA (THE)

800.622.1147

Additional Information: 776833249757776833249758 34695

776833249758 34695

TO: MARSHA ASSE FL

FROM: CHRIS HALL 30152

001 PRIORITY 1LB AWB776833249758

FEDEX #1-800-622-1147

Reference: 320193040425351088

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Christopher B. Hall | | |
|---|---|---|---|
| | Hall & Lampros LLP | | |
| | 400 Galleria Pkway | | |
| | Suite 1150 | | |
| | Atlanta, GA, 30339 | | |

| | |
|---|---|
| Invoice #: | NY3780349 |
| Invoice Date: | 5/17/2019 |
| Balance Due: | $902.82 |

| | |
|---|---|
| Case: | Sullivan, Robert v. Geico |
| Job #: | 3292311 \| Job Date: 4/19/2019 \| Delivery: Normal |
| Billing Atty: | Christopher B. Hall |
| Location: | Hall & Lampros LLP |
| | 400 Galleria Pkway \| Suite 1150 |
| | Atlanta, GA 30339 |
| Sched Atty: | Kymberly Kochis \| Eversheds Sutherland |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 208.00 | $2.75 | $572.00 |
| | Exhibits - Color | Per Page | 63.00 | $0.95 | $59.85 |
| Jeffrey Martin | Exhibits | Per Page | 153.00 | $0.40 | $61.20 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 216.00 | $0.35 | $75.60 |
| | Shipping & Handling | Package | 1.00 | $88.17 | $88.17 |

| Notes: | | | |
|---|---|---|---|
| | Invoice Total: | | $902.82 |
| | Payment: | | $0.00 |
| | Credit: | | $0.00 |
| | Interest: | | $0.00 |
| | Balance Due: | | $902.82 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



| To pay online, go to | Please remit payment to: | Invoice #: | NY3780349 |
|---|---|---|---|
| www.veritext.com | Veritext | Job #: | 3292311 |
| | P.O. Box 71303 | Invoice Date: | 5/17/2019 |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | Balance: | $902.82 |
| (American Express, Mastercard, Visa, Discover) | | | |

40129

**ligia@hallandlampros.com**

| | |
|---|---|
| **From:** | Ligia-Ioana Mensah <ligiamensah@gmail.com> |
| **Sent:** | Tuesday, June 04, 2019 3:03 PM |
| **To:** | ligia@hallandlampros.com |
| **Subject:** | Fwd: Lorenti/Sullivan Invoice |

---------- Forwarded message ---------
From: **Joseph Rickman** <joseph.rickman974@gmail.com>
Date: Tue, Jun 4, 2019 at 3:00 PM
Subject: Lorenti/Sullivan Invoice
To: Ligia-Ioana Mensah <ligiamensah@gmail.com>

Invoice

Joseph Rickman
P.O. Box 55623
Atlanta, Georgia 30308

Lorenti/Sullivan- 49 VIN @ $2.00= $98.00

Virus-free. www.avast.com

**HALL & LAMPROS LLP**
400 GALLERIA PKWY SE STE 1150
ATLANTA, GA 30339

UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612

4109

64-1284/611

CHECK ARMOR

6/28/2019

PAY TO THE
ORDER OF          Jeffrey Martin

$  **11,400.00

Eleven Thousand Four Hundred Only******

DOLLARS

Jeffrey Martin
458 N. Highland Ave.
Atlanta, GA 30307

MEMO          Joffe / Lorenit

AUTHORIZED SIGNATURE

⑈004109⑈ ⑆061112843⑆2072117795⑈

---

**HALL & LAMPROS LLP**                                              4109

  Jeffrey Martin
  Client Expense - Joffe                          6/28/2019
  Client Expense - Sullivan Lorenti

4,800.00
6,600.00

Operating Checking      Joffe / Lorenit

11,400.00

**HALL & LAMPROS LLP**                                              4109

  Jeffrey Martin
  Client Expense - Joffe                          6/28/2019
  Client Expense - Sullivan Lorenti

4,800.00
6,600.00

Operating Checking      Joffe / Lorenit

11,400.00

## Joseph Rickman

<u>Invoice</u>

**Date:**       8/13/2019

**Case:**       Lorenti/Sullivan v. GEICO

**Bill To:**    Hall & Lampros, LLP

400 Galleria Parkway SE

Suite 1150

Atlanta, GA 30339

| Description | Quantity | Date Range | Rate | Amount |
|---|---|---|---|---|
| VINs | 411 | 6/19/19 – 7/16/19 | $2.50 | $1,027.50 |
| VINs | 22 | 8/01/19 – 8/05/19 | $2.50 | $55.00 |

Total Balance Due: **$1,082.50**

pl
4124
8. 13, 19



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 12 2019 | J ALEXANDER'S - PLANTATION, FL | $132.21 |

Doing business as:

**J ALEXANDER'S**
View Details on Merchant Website

8550 W BROWARD BLVD

PLANTATION

FL

33324

UNITED STATES

954.916.8837

Additional Information: 031002502 954-9168837

954-9168837

Reference: 320192560580342931

| **Transaction Details** | |
|---|---|
| FOOD/BEVERAGE | $110.21 |
| TIP | $22.00 |
| **Total** | **$132.21** |

Lovati
PAL 4P.



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 13 2019 | COURTYRD-2 1P3 - PLANTATION, FL | $25.87 |

Doing business as:

**Courtyard by Marriott**

7780 SW 6TH ST

-

PLANTATION

FL

33324-3342

UNITED STATES

954.475.1100

Additional Information: 00001309000 LODGING

Reference: 320192570597306724

**Itinerary Details**

Arrival

09/12/19

Departure

09/13/19

LODGING

Lovent'
PAL L/P



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP13 2019 | COURTYRD-2 1P3 - PLANTATION, FL | $4.00 |

Doing business as:

**Courtyard by Marriott**

7780 SW 6TH ST

-

PLANTATION

FL

33324-3342

UNITED STATES

954.475.1100

Additional Information: 00001309000 LODGING

Reference: 320192570597453715

**Itinerary Details**

Arrival

| 09/12/19 |
|----------|

Departure

| 09/13/19 |
|----------|

LODGING

Lorenti
PAL exp.



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| AUG12 2019 | COURTYRD-2 1P3 - PLANTATION, FL | $111.87 |

Doing business as:

**Courtyard by Marriott**

7780 SW 6TH ST

-

PLANTATION

FL

33324-3342

UNITED STATES

954.475.1100

Additional Information: 00001208000 LODGING

Reference: 320192250036530793

**Itinerary Details**

Arrival

08/12/19

Departure

08/12/19

LODGING



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AUG12 2019 | COURTYRD-2 1P3 - PLANTATION, FL | $111.87 |

Doing business as:

**Courtyard by Marriott**

7780 SW 6TH ST

-

PLANTATION

FL

33324-3342

UNITED STATES

954.475.1100

Additional Information: 00001208001 LODGING
Reference: 320192250036315547

**Itinerary Details**

Arrival

| 08/12/19 |
|---|

Departure

| 08/12/19 |
|---|

**LODGING**

Lorenti
PAL MP



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 5 2019 | **DELTA AIR LINES - ATLANTA** | $463.60 |

Doing business as:

**DELTA AIR LINES DELTA.COM**

View Details on Merchant Website

ATLANTA AIRPORT

-

ATLANTA

GA

30344

UNITED STATES

800.221.1212

Additional Information: 18002211212
DELTA AIR LINES
Reference: 320192480444676005

**Flight Details**

| ATLANTA HARTSFIELD | ✈ | FT LAUDERDALE/HOLL |
| FT LAUDERDALE/HOLL | ✈ | ATLANTA HARTSFIELD |

Passenger Name: LAMPROS/PETER ANDREW

Date of Departure: 09/12

Ticket Number: 00623870705441

Document Type: PASSENGER TICKET

Don't forget you can check your first bag for free on every Delta flight! Terms Apply



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 11 2019 | **PARK N FLY PLUS - COLLEGE PARK, GA** | $35.00 |

| | |
|---|---|
| Doing business as:<br><br>**PARK 'N FLY PLUS**<br><br>2525 CAMP CREEK PKWY<br><br>ATLANTA<br><br>GA<br><br>30337<br><br>UNITED STATES<br><br>404.761.0364<br><br>Additional Information: 75364236 800-404-7275<br><br>800-404-7275<br><br>Reference: 320192550567756887 | **Transaction Details**<br>**Description**<br>AUTOMOBILE PARKING |

*Loruti*
*ftr 4P*



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 12 2019 | **DELTA AIR LINES - ATLANTA** | $55.00 |

Doing business as:

**DELTA AIR LINES**

View Details on Merchant Website

1030 DELTA BLVD

DEPT 680

ATLANTA

GA

30354

UNITED STATES

800.221.1212

Additional Information: 18002211212
DELTA AIR LINES
Reference: 320192550566514870

**Flight Details**

Passenger Name: LAMPROS/PETER ANDREW

Ticket Number: 0062387020951

Document Type: ADDITIONAL COLLECTION

Don't forget you can check your first bag for free on every Delta flight! Terms Apply

*Lorenti*
*PAL eTP*

American Express US: Manage Your Card Account: Online Statement



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $398.29 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570597808891

**Flight Details**

| FT LAUDERDALE/HOLL | ✈ | ATLANTA HARTSFIELD |
|---|---|---|

Passenger Name: HALL/CHRISTOPHER MR

Date of Departure: 09/13

Ticket Number: 27921347658632

Document Type: PASSENGER TICKET



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $398.29 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570597080487

**Flight Details**

FT LAUDERDALE/HOLL ✈ ATLANTA HARTSFIELD

Passenger Name: LAMPROS/ANDREW MR
Date of Departure: 09/13
Ticket Number: 27921347658621
Document Type: PASSENGER TICKET



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| SEP 13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $50.00 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570597808888

**Flight Details**

Passenger Name: HALL/CHRISTOPHER MR

Date of Departure: 09/13

Ticket Number: 27906198345782

Document Type: ADDITIONAL COLLECTION

*Loreti*
*PAL MR.*



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| SEP 13 2019 | **JETBLUE AIRWAYS 9010001 - JETBLUE, NY** | $50.00 |

Doing business as:

**JETBLUE AIRWAYS**

View Details on Merchant Website

6322 S 3000 E

SALT LAKE CITY

UT

84121

UNITED STATES

718.286.7900

Additional Information: KPNQVE 8005382583
JETBLUE AIRWAYS
Reference: 320192570596811322

**Flight Details**

Passenger Name: LAMPROS/ANDREW MR

Date of Departure: 09/13

Ticket Number: 27906198345771

Document Type: ADDITIONAL COLLECTION

*Loretti*
*PAL EXP.*

American Express US: Manage Your Card Account: Online Statement



Transaction Details Prepared for
**Andrew Lampros**
Account Number
**XXXX-XXXXXX-62006**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| SEP 13 2019 | **FORT LAUDERDALE AIRPORT – FORT LAUDERDA, FL** | $85.58 |

Doing business as:

**FT LAUDERDALE AIRPORT**

1400 LEE WAGENER BLVD

FT LAUDERDALE

FL

33315

UNITED STATES OF AMERICA (THE)

Additional Information: 1324314 1324314 33315
1324314 33315
RESTAURANT
Reference: 320192570603303337

_(handwritten)_ Lunch
Biz exp.



Transaction Details Prepared for
**Peter A Lampros**
Account Number
**XXXX-XXXXXX-93008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP 13 2019 | **HERTZ CAR RENTAL - 800-654-4173, FL** | PETER A LAMPROS | $146.76 |

Doing business as:

**HERTZ RAC**

View Details on Merchant Website

14501 HERTZ QUAIL SPRINGS

-

OKLAHOMA CITY

OK

73134-2606

UNITED STATES

800.654.4173

Additional Information: R/A# 114400801 800-654-4173
Reference: 320192570594237336

**Rental Details**

Pick up

| FT LAUDERDALE FL |
|------------------|

Return

| FT LAUDERDALE FL |
|------------------|

Agreement Number: 114400801

Renter Name:LAMPROS /ANDREW

Lorent'
PAL exp'

Jeffrey Martin
458 N. Highland Avenue
Atlanta, Georgia 30307

404-521-1882
jurychallenge@mindspring.com

Invoice for consulting services in the Sullivan and Lorenti case.

Date:     October 9th, 2019

Client:   Andrew Lampros
          Christopher B. Hall
          Hall & Lampros, LLP
          400 Galleria Parkway, Suite 1150
          Atlanta, GA  30339

| Date | Hours | Services | |
|---|---|---|---|
| 6/17/2019 | 2.0 | Research | New Data AIN and UE30A |
| 6/18/2019 | 5.0 | Research | Class List |
| 6/19/2019 | 3.0 | Research | Class List |
| 7/1/2019 | 2.0 | Research | UE30A and Additional Interest Data |
| 7/8/2019 | 2.0 | Research | Class List Addresses |
| 7/16/2019 | 1.5 | Research | Class List Addresses for 4,019 |
| 8/1/2019 | 1.0 | Research | Class List Questions |
| 8/16/2019 | 1.5 | Research | Questions – Martinez |
| 8/21/2019 | 1.0 | Research | Questions – Addresses |
| 8/29/2019 | 1.0 | Research | Questions |
| 9/13/2019 | 3.0 | Research | Estimate of Damages |
| 9/25/2019 | 6.0 | Research | Damages–Questons–Multiple–Injunctive |
| 10/8/2019 | 2.0 | Research | Split of Damages by Company |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | 31.0 | (Services billed @ $200/hour) | |

Total Consulting Charges      $6,200.00

Expenses (receipt attached)   $    .00

Total Charges                 $6,200.00



Please remit payment to:
   Jeffrey Martin
   458 N. Highland Avenue
   Atlanta, GA 30307



Transaction Details Prepared for
**Peter A Lampros**
Account Number
**XXXX-XXXXXX-93008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| OCT 28 2019 | FEDEX 776833082486 FedEx - MEMPHIS, TN | PETER A LAMPROS | $49.02 |

Doing business as:

**FEDEX - EXPRESS**

3875 AIRWAYS BLVD

-

MEMPHIS

TN

38116

UNITED STATES OF AMERICA (THE)

800.622.1147

Additional Information: 7768330824877683302486 32084
776833082486 32084
TO: SOUTHERN ATLANTIC LAW GROUP, P FL
FROM: MARSHA ASSE 30152
001 PRIORITY 1LB AWB776833082486
FEDEX #1-800-622-1147
Reference: 32019305044128282

*Lorenti*
*PAL EXP.*

Case 6:17-cv-00891-PGB-LRH    Document 210-2    Filed 06/02/20    Page 144 of 156 PageID 8338



Transaction Details Prepared for
**Peter A Lampros**
Account Number
**XXXX-XXXXXX-93008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| OCT 28 2019 | FEDEX 776833249758 FedEx - MEMPHIS, TN | PETER A LAMPROS | $68.21 |

Doing business as:

**FEDEX - EXPRESS**

3875 AIRWAYS BLVD

-

MEMPHIS

TN

38116

UNITED STATES OF AMERICA (THE)

800.622.1147

Additional Information: 77683324975776833249758 34695

776833249758 34695

TO: MARSHA ASSE FL

FROM: CHRIS HALL 30152

001 PRIORITY 1LB AWB776833249758

FEDEX #1-800-622-1147

Reference: 320193040425351088

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

      Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

      Defendants.

CASE NO.: 6:17-cv-891-ORL-
40KRS

_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

      Defendant.

CASE NO. 6:17-cv-1755-ORL-
40DCI

_____

## DECLARATION OF BRADLEY W. PRATT

Bradley W. Pratt declares as follows, pursuant to 28 U.S.C. § 1746:

1.     My name is Bradley W. Pratt. I am over the age of majority, provide this

declaration voluntarily, and it is based on personal knowledge.

2.     I am a partner in the law firm Pratt Clay, LLC and I am one of counsel of

record representing Plaintiff in the above-styled lawsuit. I was appointed by the Court as

Counsel by and for the Class along with co-counsel in this matter on April 9, 2019.

1

EXHIBIT B

3.      I have been licensed to practice law in the State of Georgia since 2004, in the State of Mississippi since 2004, and in the State of Florida since 2011.

4.      This declaration is submitted pursuant to the parties' Settlement Agreement, and in support of Plaintiffs' request for attorneys' fees and the parties' Motion for Final Approval of Proposed Class Action Settlement in the above-styled matter.

**Time and Resources Expended on the Case**

5.      Three lawyers and one paralegal from Pratt Clay have worked on this matter.  This represents most of our legal professionals in our law firm.  When our legal professionals are working on a single matter in this regard, it affects their ability to generate revenue for the firm through other work.

6.      The firm makes a deliberate effort not to duplicate efforts to be efficient, and because the firm takes matters on a contingency basis.  I served as lead partner in the case for the firm. Associates Brian C. Mickelsen and Christopher Lambden also performed important work on the case. Our firm's paralegal James Leeson have also performed important work on the case.

7.      To date, Pratt Clay's lawyers and paralegals have spent a total of 1,013.9 hours having a lodestar value of $752,349.50 from August 2017 through June 2, 2020, calculated at our firm's current customary hourly rates for this type of matter.  This value does not reflect a multiplier.

8.      The amount of time recorded by each lawyer and paralegal and their billing rates are as follows:

2

EXHIBIT B

| Timekeeper | Firm | Position | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Leeson, James | Pratt Clay | Paralegal | $ 125.00 | 6.7 | $ 837.50 |
| Mickelsen, Brian C. | Pratt Clay | Associate | $ 390.00 | 3.9 | $ 1,521 |
| Lambden, Christopher | Pratt Clay | Associate | $ 290.00 | 5.4 | $ 1,566 |
| Pratt, Bradley | Pratt Clay | Partner | $ 750.00 | 997.9 | $ 748,425 |
| | | | | **1,013.9** | **$ 752,349.50** |

9.      I believe that the rates set forth above are reasonable and commensurate with rates charged by lawyers in the Orlando and Middle District of Florida area handling similar types of complex class action matters.  I have reviewed the hourly tasks in my firm's timesheets for duplication of efforts or unreasonable entries and believe that the tasks and time are reasonable and necessary.

9.      Pratt Clay, LLC has invested substantial resources in the prosecution of this matter. The firm's reasonable and necessary costs and expenses in this matter are $7,563.61 to date. I have reviewed the expenses in this matter and they are reasonable and necessary for a matter of this type.

10.      Pratt Clay, LLC has undertaken its work in this matter on a purely contingent basis. The firm has received no compensation for its professionals' time to date.

11.      Due to the substantial time commitment, Pratt Clay, LLC, and particularly Bradley W. Pratt, forewent other fee and profit-generating opportunities in pursuit of this case. Given the tremendous risk of no recovery in this difficult case, and the substantial time and effort needed for a case of this type, I and my small law firm would never have agreed to take on this matter without the opportunity for a contingency risk multiplier.

EXHIBIT B

12.     My work in this case amounted to approximately 30% of my total hours worked during the period August 2017 through the morning of June 2, 2020.  This represents a significant commitment by my small law firm because I am one of only two partners in the firm.  My work was directed to co-managing the litigation, including serving as one of the primary points of contact with defense counsel, directing hundreds of correspondence among the relevant counsel and stakeholders, conducting written discovery, taking key depositions (including corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6)), assisting with data analysis, applying class action and complex litigation expertise (with perspective unique among our team from representing both plaintiffs and defendants in class actions), representing Plaintiff at mediation, and extensive work researching and briefing all matters submitted to the Court from my entry in the case through today.  Because of the daily rigors of litigation practice, I believe there is a substantial amount of time spent working on this case that I did not record, and therefore for which I am not seeking fees.  In addition, my firm's work on this matter continues and will continue through final approval and any appeal, and that additional time and expense is not recorded herein.

13.     Brian Michelson was an associate at Pratt Clay, LLC at the time of his work on this matter. Mr. Michelson assisted Mr. Pratt with legal research to support motions and briefs filed in the case, research for authority regarding disputed discovery issues, and assisted me with drafting motions and briefs filed in the case.

14.     Christopher Lambden is an associate at Pratt Clay, LLC at the time of his work on this matter. Mr. Lambden assisted Mr. Pratt with legal research to support motions

EXHIBIT B

and briefs filed in the case, research for authority regarding disputed discovery issues, and assisted me with drafting motions and briefs filed in the case.

15.     James Leeson is a paralegal at Pratt Clay, LLC. Mr. Leeson assisted with preparing of complex and voluminous document projects on the case, including preparing exhibits and filing for large motions and briefs, document and data productions, and expert witness materials.

### Pratt Clay, LLC Lawyers' Experience

17.     Bradley W. Pratt is a founding member of Pratt Clay, LLC. My practice focuses on complex litigation, including class actions. I have practiced law for over 15 years, and the throughout the entirety of that time period I have worked on class actions in state and federal court. For example, in 2017, I was co-trial counsel in a class action tried to jury verdict in federal court in California. *See Bahamas Surgery Center, LLC v. Kimberly-Clark Corporation, et al.*, C.D. Cal., Case. No. 2:14-cv-08390-DMG (representing consumer products manufacturer and its former healthcare division in putative class action challenging the design, labeling, and advertising of a Class II medical device). Diverse examples of large scale, complex, or data-intensive actions throughout my career include *Commonwealth of Kentucky, Pike County, Kentucky v. Purdue Pharma*, Pike County Superior Court, S.D.N.Y., 2nd Cir. (2015) (representing prescription drug manufacturer in *parens patriae*/class action on behalf of Kentucky citizens seeking Medicaid-related costs and damages for alleged public nuisance caused by the company's marketing and promotion of prescription pain medication); *Grair v. GlaxoSmithKline*, Los Angeles County Superior Court Case No. BC288536, *Johnson v. GlaxoSmithKline*, No. B199453 (Cal. Ct. App., 2nd

EXHIBIT B

Dist. Div. 7) (2008) (representing prescription drug manufacturer in putative class action challenging the labeling and advertising of FDA-regulated products under California's consumer protection laws); *Flournoy v. Honeywell Intern., Inc.*, 239 F.R.D. 696 (S.D. Ga. 2006) (representing chemical manufacturers in nuisance, property devaluation, and personal injury class action alleging toxic exposure to PCBs and mercury from chemical plant); *Evans v. Walter Industries, Inc.*, 449 F.3d 1159 (11th Cir. 2006) (precedent-setting win on Class Action Fairness Act in favor of defense contractors in putative class action alleging personal injury and property damages caused by steel forge and foundry operations).

18.     I received my B.A. from the University of Virginia in 1999, and my J.D. from the College of William & Mary, School of Law. Following law school, I clerked for the Honorable Rhesa Hawkins Barksdale on the United States Court of Appeals for the Fifth Circuit. Following the completion of this judicial clerkship, I joined King & Spalding, LLP's Atlanta office as an associate attorney. I was an associate for six years, and then I was elected to the firm's partnership. I was a partner at King & Spalding for an additional six years. In 2016, my last year as a partner at King & Spalding, my standard hourly rate was $695/hour.  In 2019, in the *Roth v. GEICO* matter before the Southern District of Florida, the Magistrate Judge recommended, and the District Judge Ordered, that I be compensated for my work as co-lead class counsel at a rate of $750/hour with a 2.0 multiplier for a total of $1,500/hour.

19.     In late 2016, I founded The Pratt Law Firm, P.C., a boutique complex litigation practice representing plaintiffs and defendants, and in mid 2017, I co-founded Pratt Clay, LLC. Today, Pratt Clay maintains an active practice that includes sophisticated

EXHIBIT B

class actions, False Claims Act/*qui tam* cases, mass tort product liability cases, complex business litigation, and high value personal injury matters. I have tried numerous cases to verdict in both state and federal courts, including unusually challenging trials such as a class action and a bellwether mass tort trial, as well as including cases around the country, including in California, Texas, Alabama, Tennessee, Georgia, Florida, and Pennsylvania. I have been named a Top 100 National Trial Lawyer, a Georgia Super Lawyer, a "Rising Star" by Law360, and I am Peer Review Rated as AV Preeminent" by Martindale-Hubbell.

20.     Brian Mickelsen was an associate at Pratt Clay, LLC at the time of his work on this matter, and is a 2016 graduate of the University of South Carolina of Law, a 2011 graduate of the London School of Economics at the University of London, and a 2010 graduate of Brigham Young University. Mr. Mickelson was an Eagle Scout, and received honors in law school for receiving the highest grade in several classes. He has been a member of the Georgia bar since 2016, and has focused his practice while at Pratt Clay, LLC on complex litigation, class actions, and personal injury matters.

21.     Christopher Lambden is an associate at Pratt Clay, LLC, and is a 2019 graduate of Emory University School of Law, and a 2014 graduate of the University of North Carolina at Chapel Hill.  Mr. Lambden was a Morehead-Caine Scholar at UNC where he was also Student Body President and the winner of the E. Eugene Jackson Award. In law school, Mr. Lambden was on the Dean's List and was the winner of the Best Overall Advocate at the William W. Daniel National Mock Trial Competition, and Director of the Emory Law Mock Trial Society.

EXHIBIT B

22.     James Leeson is a paralegal at Pratt Clay, LLC. He has obtained his Associates Degree in Paralegal Studies from Athens Technical College, and his Bachelor's Degree in Political Science from the University of Georgia. He has worked for a paralegal for six years.

Further declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

Dated 2nd, day of June, 2020.

/s/ Bradley W. Pratt
Bradley W. Pratt

8

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAURICE JONES, ANTHONY C. COOK and
MICAH BELLAMY, et. al.,

      Plaintiffs,                        Case No.: 6:17-cv-00891-PGB-KRS

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, and GEICO GENERAL INSURANCE
COMPANY,

      Defendants.

---

ANTHONY LORENTI and ASHLEY BARRETT,
Individually and on behalf of all others similarly
situated,                                   Case No.:6:17-cv-01755-PGB-KRS

      Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

      Defendant.

---

## DECLARATION OF CHRISTOPHER J. LYNCH
## IN SUPPORT OF AWARD OF ATTORNEY FEES AND COSTS

I, Christopher J. Lynch, declare under penalty of perjury:

1.      I am a sole practitioner and one of the attorneys that this Court appointed

as Class Counsel for Plaintiffs and the Class in this action.

2.      I submit this declaration in support of Plaintiffs' application for attorney

fees and expenses. I have personal knowledge of the facts set forth in this Declaration.

EXHIBIT B

3.      I have extensive experience in insurance litigation and class actions in Florida's state and federal courts. My credentials and experience are detailed in the Resume attached as Exhibit 1. With respect to Class Actions, I have been designated as class counsel in the following pending cases: *Roth v. Geico General Ins. Co.* Case No. 18-90016 D, United States Circuit Court of Appeals for the Eleventh Circuit; *Sos v. State Farm Mutual*, Case No. 6:17-cv-890-ORL-40 LRH (M.D. Fla.); *Joffe et. al v. GEICO Indemnity Ins. Co., et. al.*, Case No. 18-61361-CIV-WPD (S.D. Fla.); and *Venerus v. Avis Budge Rent A Car*, Case No. 6:13-cv-921-CEM GJK (M.D. Fla.).

4.      Geico is well known in legal circles as a formidable adversary. This fact is borne out by this litigation which involved several motions to dismiss; motions to strike pleadings and expert testimony; competing motions for summary judgment; motions to compel; a motion for class certification, which was granted; and a motion to reconsider the order granting class certification. Further, final class notice involving in excess of 250,000 claims has been completed.

5.      The Parties reached settlement after approximately 30 months of litigation and 2 separate mediations. The Settlement Agreement was the product of substantial additional negotiations between the Parties following the second mediation conducted by mediator Rodney Max.

6.      The Settlement Agreement provides benefits to Class Members who file claims, for tag and title transfer fees in the full amount alleged to be owed in the respective operative complaints to total-loss insureds. This Court previously granted

EXHIBIT B

summary judgment in favor of the Plaintiff and awarded transfer fees in the amount of $79.35 to Plaintiffs and the previously certified class. The Settlement Agreement provides relief of this amount plus an additional $0.50 in branch fees for a total of $79.85 to Plaintiffs and members of the Settlement Class. Due to the recovery of the Branch Fee, the settlement is in excess of 100% of the relief requested plus prejudgment interest.

7.    I have extensive experience in class actions.   I am aware of the attendant costs and risks associated with such claims and in light of those factors and as a sole practitioner I would never have agreed to accept the case absent the possibility of either a multiplier or a recovery based on a percentage of the sums recovered.

8.    My representation of the Plaintiff in this case grew out of my involvement in *Roth v. Geico General Ins. Co.* In *Roth*, I was contacted by the insured, Kerry Roth, who had totaled her leased vehicle which was insured by Geico. Concerned that she had been shortchanged sales tax, I researched the issue and felt that under the policy language the tax was owed.   Because I was a sole practitioner, I contacted Edmund Normand of Normand PLLC for assistance. When we conferred regarding the Roth claim, Ed suggested we also include a claim for title fees which research demonstrated should also have been paid under the policy language and applicable law. As in Roth, and like the issue of sales tax and title fees on totaled leased vehicles, as of the date this suit was filed, no court had concluded that tag fees were owed on totaled vehicles – leased or

EXHIBIT B

owned. Accordingly, this was also a case of first impression for the damages sought to be recovered.

9.      In sum, presenting the claims in this action demanded considerable time and effort, at a considerable risk of no recovery, over nearly 3 years. I have spent 373.4 hours at a rate of $750.00 for a total lodestar of $276,900 in litigating this case. The hourly rate sought in this case mirrors that awarded to the undersigned in the *Roth v. Geico General* action.

10.     Finally, I have also incurred out of pocket costs and expenses in the amount of $4,669.22 in the prosecution of this case. These costs and expenses were reasonably and necessarily incurred in connection with this case. A breakdown of the fees and costs are set forth in Exhibit 3 attached.

Further affiant sayeth not.

By: _____
CHRISTOPHER J. LYNCH
FBN 331041

EXHIBIT B