Exhibit C

EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

       Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

       Defendants.

CASE NO.: 6:17-cv-891-ORL-
40KRS

_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

       Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

       Defendant.

CASE NO. 6:17-cv-1755-ORL-
40DCI

_____

**DECLARATION OF PLAINTIFF ANTHONY COOK IN SUPPORT OF APPROVAL**
**OF CLASS ACTION SETTLEMENT AND IN SUPPORT OF APPLICATION FOR**
**SERVICE AWARD**

    I, Anthony Cook, declare as follows, pursuant to 28 U.S.C. § 1746:

1.    I am one of the named plaintiffs in the above captioned action.  I submit this declaration

       in support of Plaintiffs' request for approval of the Class Action settlement and in

EXHIBIT C

support of Plaintiffs' request for approval of payment for Plaintiffs' service award as named representative of the proposed settlement class in this class action lawsuit. I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, I could and would competently so testify.

2. I have been involved in this lawsuit since its inception, approximately three years ago. I have spent considerable time monitoring this lawsuit and keeping myself informed and I have been in frequent contact with my attorneys, Ed Normand and Jacob Phillips and the staff at Normand PLLC, regarding this lawsuit.

3. In fulfillment of my responsibilities as a plaintiff on behalf of all members of the class, I pursued a favorable result in this lawsuit. Among other things, I:

    a. contacted attorney Alex Couch, an attorney with Normand PLLC, to complain about what I felt was the wrong done to me and others in connection with my accident and with my total loss settlement with Geico, including my failure to receive title transfer and tag fees;

    b. gathered and provided numerous documents, including policy forms, receipts, claim information, police report information, and correspondence for inspection in response to request from my attorneys and from defendants;

    c. had discussions in person and by telephone and email with Ed Normand, Alex Couch, and Jake Phillips, as well as the staff at Normand PLLC;

    d. participated in the lawsuit and provided input into the prosecution of the claims;

    e. stayed fully informed regarding case developments and procedural status;

    f. reviewed major case documents provided by my counsel (including the complaint);

EXHIBIT C

DocuSign Envelope ID: D643BE46-8952-4784-B898-E6F5A50BB002

     g.   met with my attorneys to prepare to give testimony in a deposition to be taken by defendants' counsel;

     h.   met with my attorneys and staff at Normand PLLC and answered written interrogatories;

     i.   traveled to Maitland from my home in Orlando to participate in a mediation;

     j.   attended a second mediation by phone;

     k.   conferred with my counsel about the settlement terms and resolution of the lawsuit.

4. I am a Sr. Mechanical Engineer, and to attend both the deposition as well as the mediation, I lost time from work, which ultimately means a loss of income.

5. If this lawsuit had not settled, I was prepared to testify at trial and would have done so.

6. I believe that the settlement is a fair, reasonable, and good result for the class and is the result of my effort as a plaintiff and the efforts of the class attorneys.  I was involved throughout the litigation and was kept abreast of all material discussions which led to the propose settlement.  Based on the efforts of counsel and the results achieved, I support the motion for final approval of the settlement and class counsel's application for an award of attorneys' fees and expenses.

7. My attorneys discussed with me the claims-made nature of the settlement. I fully believe that submitting a claim merely by signing a pre-filled and prepaid claim form is a miniscule burden, and well worth receiving full damages without any risk of an unfavorable appeal and recovering nothing at all. I am confident that the settlement is in the best interest of the class, and, were I a class member, I would hope that those

EXHIBIT C

representing me would agree to this Settlement and ensure I received my full damages

rather than taking the risk on appeal that I would recover nothing at all.

8.  In light of my efforts on behalf of the class and the success of the lawsuit in obtaining

substantial benefits for the class, I respectfully request that the Court approve the

proposed settlement and award me $10,000.00 for my services on behalf of the class.

I declare under penalty of perjury under the law of the United States that the

foregoing declaration is true and correct.

5/29/2020
_____
Date

DocuSigned by:

_____
1EDDAAFEBCF64A6...
Anthony Cook

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

     Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

     Defendants.

CASE NO.: 6:17-cv-891-ORL-40KRS

_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

     Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

     Defendant.

CASE NO. 6:17-cv-1755-ORL-40DCI

_____

**DECLARATION OF PLAINTIFF ANTHONY LORENTI IN SUPPORT OF APPROVAL
OF CLASS ACTION SETTLEMENT AND IN SUPPORT OF APPLICATION FOR
SERVICE AWARD**

I, Anthony Lorenti, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am one of the named plaintiffs in the above captioned action.  I submit this declaration

   in support of Plaintiffs' request for approval of the Class Action settlement and in

   support of Plaintiffs' request for approval of payment for Plaintiffs' service awards as

EXHIBIT C

named representative of the proposed settlement class in this class action lawsuit.  I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, I could and would competently so testify.

2.   I have been involved in this lawsuit since its inception approximately three years ago. I have spent considerable time monitoring this lawsuit and keeping myself informed and I have been in frequent contact with my attorney, Tracy L. Markham, regarding this lawsuit.

3.   In fulfillment of my responsibilities as a plaintiff on behalf of all members of the class, I pursued a favorable result in this lawsuit.  Among other things, I:

   a.   contacted attorney Tracy L. Markham to complain about what I felt was the wrong done to me and others in connection with my total loss settlement with Geico, and my failure to receive title transfer and tag fees;

   b.   gathered and provided numerous documents, including policy forms, receipts, claim information, police report information, correspondence and emails, for inspection in response to request from my attorneys and from defendants;

   c.   had discussions in person and by telephone and email with Tracy Markham and attorney Andrew Lampros;

   d.   participated in the lawsuit and provided input into the prosecution of the claims;

   e.   stayed fully informed regarding case developments and procedural status;

   f.   reviewed major case documents provided by my counsel (including the complaint);

   g.   met with my attorneys, Tracy L. Markham, and Andrew Lampros to prepare to give testimony in a deposition to be taken by defendants' counsel;

EXHIBIT C

    h.  met with my attorney, Tracy L. Markham, and answered written interrogatories;

    i.  traveled to Maitland from my home in St. Augustine to participate in a mediation;

    j.  attended a second mediation by phone;

    k.  conferred with my counsel about the settlement terms and resolution of the lawsuit.

4. I am self-employed, and to attend both the deposition as well as the mediation, I lost time from work, which ultimately means a loss of income.

5. If this lawsuit had not settled, I was prepared to testify at trial and would have done so.

6. I believe that the settlement is a fair, reasonable, and good result for the class and is the result of my efforts as a plaintiff and the efforts of the class attorneys. I was involved throughout the litigation and was kept abreast of all material discussions which led to the propose settlement. Based on the efforts of counsel and the results achieved, I support the motion for final approval of the settlement and class counsel's application for an award of attorneys' fees and expenses.

7. In light of my efforts on behalf of the class and the success of the lawsuit in obtaining substantial benefits for the class, I respectfully request that the Court approve the proposed settlement and award me $ 10,000 for my services on behalf of the class.

    I declare under penalty of perjury under the law of the United States that the foregoing declaration is true and correct.

5-27-2020
_____
Date

_____
Anthony Lorenti

3

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

        Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

        Defendants.

CASE NO.: 6:17-cv-891-ORL-40KRS

---

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

        Defendant.

CASE NO. 6:17-cv-1755-ORL-40DCI

---

## DECLARATION OF PLAINTIFF ASHLEY BARRETT IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT AND IN SUPPORT OF APPLICATION FOR SERVICE AWARD

I, Ashley Barrett, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am one of the named plaintiffs in the above captioned action. I submit this declaration in support of Plaintiffs' request for approval of the Class Action settlement and in support of Plaintiffs' request for approval of payment for Plaintiffs' service awards as

1

EXHIBIT C

named representative of the proposed settlement class in this class action lawsuit. I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, I could and would competently so testify.

2. I have been involved in this lawsuit for approximately two and a half years. I have spent considerable time checking on the status of this lawsuit and keeping myself updated. I have been in repeated contact with my attorney, Tracy L. Markham, regarding this lawsuit.

3. In fulfillment of my responsibilities as a plaintiff on behalf of all members of the class, I pursued a favorable result in this lawsuit. Among other things, I:

   a. contacted attorney Tracy L. Markham to complain about what I felt was the wrong done to me and others in connection with my total loss settlement with Geico, and my failure to receive title transfer and tag fees;

   b. gathered and provided numerous documents, including prior traffic records, vehicle damage estimates, vehicle purchase receipts, policy forms, traffic receipts, claim information, police report information, correspondence and emails, for inspection in response to request from my attorneys and from defendants;

   c. had discussions in person and by telephone and email with Tracy Markham;

   d. participated in the lawsuit and provided input into the prosecution of the claims;

   e. stayed fully informed regarding case developments and procedural status;

   f. reviewed major case documents provided by my counsel (including the complaint);

EXHIBIT C

g.  met with my attorney, Tracy L. Markham to prepare to give testimony in a deposition to be taken by defendants' counsel;

h.  traveled from my home in Palm Bay Florida to attend a lengthy deposition, which lasted over 3 hours.

i.  consulted with my attorney, Tracy L. Markham, and answered written interrogatories;

j.  traveled to Maitland from my home in Palm Bay to participate in a mediation;

k.  attended a second mediation by phone;

l.  conferred with my counsel about the settlement terms and resolution of the lawsuit.

4.  I was required to miss work  to attend both the deposition as well as the mediation, I have not been compensated for the wages I lost.

5.  If this lawsuit had not settled, I was prepared to testify at trial and would have done so.

6.  I believe that the settlement is a fair, reasonable, and good result for the class and is the result of my efforts as a plaintiff and the efforts of the class attorneys.  I was involved throughout the litigation and was kept abreast of all material discussions which led to the propose settlement.  Based on the efforts of counsel and the results achieved, I support the motion for final approval of the settlement and class counsel's application for an award of attorneys' fees and expenses.

7.  In light of my efforts on behalf of the class and the success of the lawsuit in obtaining substantial benefits for the class, I respectfully request that the Court approve the proposed settlement and award me $ 10,000 for my services on behalf of the class.

3

EXHIBIT C

I declare under penalty of perjury under the law of the United States that the foregoing declaration is true and correct.

5/27/2020
Date

Ashley Barrett

4

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

      Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

      Defendants.

CASE NO.: 6:17-cv-891-ORL-40KRS

_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

      Defendant.

CASE NO. 6:17-cv-1755-ORL-40DCI

_____

## DECLARATION OF PLAINTIFF MAURICE JONES IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT AND IN SUPPORT OF APPLICATION FOR SERVICE AWARD

I, Maurice Jones, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am one of the named plaintiffs in the above captioned action.  I submit this declaration in support of Plaintiffs' request for approval of the Class Action settlement and in

EXHIBIT C

DocuSign Envelope ID: 3EC4A570-B9BA-4148-B5E4-4941A59C3236

support of Plaintiffs' request for approval of payment for Plaintiffs' service award as named representative of the proposed settlement class in this class action lawsuit.  I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, I could and would competently so testify.

2.  I have been involved in this lawsuit since its inception, approximately three years ago. I have spent considerable time monitoring this lawsuit and keeping myself informed and I have been in frequent contact with my attorneys, particularly Ed Normand and Jacob Phillips, regarding this lawsuit.

3.  I am involved because I am the trustee of the estate of my daughter, Kailyn Jones, who died as a result of the accident causing the total-loss of the subject vehicle.

4.  In fulfillment of my responsibilities as a plaintiff on behalf of all members of the class, I pursued a favorable result in this lawsuit.  Among other things, I:

   a.  contacted attorney Ed Normand to complain and discuss what I felt was the wrong conduct in connection with my total loss settlement with Geico, and my failure to receive title transfer and tag fees;

   b.  gathered and provided numerous documents, including policy forms, receipts, claim information, police report information, and correspondence for inspection in response to request from my attorneys and from defendants;

   c.  had discussions in person and by telephone and email with Ed Normand and Jacob Phillips, as well as staff members at Normand PLLC;

   d.  participated in the lawsuit and provided input into the prosecution of the claims;

   e.  stayed fully informed regarding case developments and procedural status;

EXHIBIT C

DocuSign Envelope ID: 3FC4A570-B89A-4143-B5E4-4941A59C3236

    f.   reviewed major case documents provided by my counsel (including the complaint);

    g.   met with my attorneys to prepare to give testimony in a deposition to be taken by defendants' counsel and provided deposition testimony;

    h.   met with my attorneys and their staff and answered written interrogatories;

    i.   traveled to Maitland from my home in Orlando to participate in a mediation;

    j.   attended a second mediation by phone;

    k.   conferred with my counsel about the settlement terms and resolution of the lawsuit.

5.   I am a Sr. Director of Application Support, and to attend both the deposition as well as the mediation, I lost time from work, which ultimately means a loss of income.

6.   Attending and providing deposition testimony, which included testimony concerning the events of the accident and thus the death of my daughter, was extremely emotional and difficult for me. However, I did so because I believed it was important to protect the interests of her estate and all class members to receive what was promised to them, and because even the relatively small amount at stake is important to many families and individuals in need.

7.   If this lawsuit had not settled, I was prepared to testify at trial and would have done so.

8.   I believe that the settlement is a fair, reasonable, and good result for the class and is the result of my effort as a plaintiff and the efforts of the class attorneys.  I was involved throughout the litigation and was kept abreast of all material discussions which led to the proposed settlement.  Based on the efforts of counsel and the results achieved, I

EXHIBIT C

support the motion for final approval of the settlement and class counsel's application

for an award of attorneys' fees and expenses.

9.  I specifically discussed the claims-made nature of the lawsuit. I believe that requiring

    submission of a claim, particularly given the ease with which claims can be submitted,

    was worth (a) securing full damages and (b) eliminating the risk of recovering nothing

    at all. If I was simply a class member (rather than a representative) I would absolutely

    want the representatives to agree to this settlement and ensure that I would receive the

    full amount of my damages in exchange for simply signing a prepaid claim form and

    mailing it in. For that reason, and given the extremely-simple claims process and that

    multiple notices were provided, I believe the settlement is very reasonable and fair and

    is in the best interests of class members.

10. In light of my efforts on behalf of the class and the success of the lawsuit in obtaining

    substantial benefits for the class, I respectfully request that the Court approve the

    proposed settlement and award me $10,000.00 for my services on behalf of the class.

    I declare under penalty of perjury under the law of the United States that the

foregoing declaration is true and correct.

5/29/2020
_____
Date

DocuSigned by:

_____
Maurice Jones

EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICAH BELLAMY, ANTHONY COOK, and
MAURICE JONES, et. al.

       Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO GENERAL INSURANCE
COMPANY,

       Defendants.

CASE NO.: 6:17-cv-891-ORL-
40KRS

_____

ANTHONY LORENTI and
ASHLEY BARRETT, individually and on behalf
of all others similarly situated,

       Plaintiffs,

v.

GEICO INDEMNITY COMPANY,

       Defendant.

CASE NO. 6:17-cv-1755-ORL-
40DCI

_____

**DECLARATION OF PLAINTIFF MICAH BELLAMY IN SUPPORT OF APPROVAL**
**OF CLASS ACTION SETTLEMENT AND IN SUPPORT OF APPLICATION FOR**
**SERVICE AWARD**

    I, Micah Bellamy, declare as follows, pursuant to 28 U.S.C. § 1746:

    1.   I am one of the named plaintiffs in the above captioned action.  I submit this declaration

       in support of Plaintiffs' request for approval of the Class Action settlement and in

EXHIBIT C

DocuSign Envelope ID: 3FE64737-B38F-492D-9826-165D0B9E76D6

support of Plaintiffs' request for approval of payment for Plaintiffs' service award as named representative of the proposed settlement class in this class action lawsuit. I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, I could and would competently so testify.

2. I have been involved in this lawsuit since November 2, 2018, when Elizabeth Sullivan represented that she no longer wished to serve as a potential class representative, and my attorneys moved to intervene. The Court granted the motion on November 30, 2018. I have spent considerable time monitoring this lawsuit and keeping myself informed and I have been in frequent contact with my attorney, Ed Normand, and other staff members and attorneys at Normand PLLC regarding this lawsuit.

3. In fulfillment of my responsibilities as a plaintiff on behalf of all members of the class, I pursued a favorable result in this lawsuit. Among other things, I:

   a. contacted attorney Alex Couch, an attorney at Normand PLLC, to discuss my total loss settlement with Geico, and my failure to receive title transfer and tag fees;

   b. gathered and provided numerous documents, including policy forms, receipts, claim information, police report information, correspondence, for inspection in response to request from my attorneys and from defendants;

   c. had discussions in person and by telephone and email with Ed Normand and other attorneys and staff at Normand PLLC;

   d. participated in the lawsuit and provided input into the prosecution of the claims;

   e. stayed fully informed regarding case developments and procedural status;

EXHIBIT C

DocuSign Envelope ID: 3FE64737-B38F-492D-8826-J65D0B9E76D6

    f.  reviewed major case documents provided by my counsel (including the complaint);

    g.  met with my attorneys to prepare to give testimony in a deposition to be taken by defendants' counsel;

    h.  met with my attorneys and staff at Normand PLLC and answered written interrogatories;

    i.  traveled to Maitland from my home in Orlando to participate in a mediation;

    j.  attended a second mediation by phone;

    k.  conferred with my counsel about the settlement terms and resolution of the lawsuit.

4. I am a teacher and coach, and to attend both the deposition as well as the mediation, I lost time from work, which ultimately means a loss of income.

5. If this lawsuit had not settled, I was prepared to testify at trial and would have done so.

6. I believe that the settlement is a fair, reasonable, and good result for the class and is the result of my effort as a plaintiff and the efforts of the class attorneys.  I was involved throughout the litigation and was kept abreast of all material discussions which led to the propose settlement.  Based on the efforts of counsel and the results achieved, I support the motion for final approval of the settlement and class counsel's application for an award of attorneys' fees and expenses.

7. My attorneys' discussed with me the claims-made nature of the lawsuit, and the potential that, if ultimately successful on appeal, distribution of the damages may not require submission of a claim. However, I believe that requiring submission of a claim in exchange for eliminating the risk of no recovery at all and securing the full damages

EXHIBIT C

for each class member makes the Settlement fair and reasonable and in the best interest of the class.

8.  In light of my efforts on behalf of the class and the success of the lawsuit in obtaining substantial benefits for the class, I respectfully request that the Court approve the proposed settlement and award me $10,000.00 for my services on behalf of the class.

I declare under penalty of perjury under the law of the United States that the foregoing declaration is true and correct.

5/29/2020
_____
Date

DocuSigned by:

_____
Micah Bellamy

EXHIBIT C