**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Final Fairness Hearing (via Zoom)**

Case Number: 6:17-cv-891-Orl-40LRH

**MAURICE JONES, ANTHONY C. COOK and MICAH BELLAMY,**

       **Plaintiffs,**

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY and GEICO GENERAL INSURANCE COMPANY,**

       **Defendants.**

Plaintiff's Counsel: Bradley Pratt
Christopher Lynch
Edmund Normand
Christopher B. Hall

Defense Counsel: Alexander Fuchs
Kymberly Kochis

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford  stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | June 17, 2020 | Time: | 2:04 PM – 2:24 PM  TOTAL: 20 minutes |

Case called. Appearances taken.

The Court addresses the Motion for Final Approval of the Settlement with the parties.

The Court will grant the Motion to Vacation Summary Judgment Order (Doc. 198).

The Court will grant the Motion for Final Approval of the Settlement (Doc. 209).

The Court will grant the Motion for Attorneys' Fees (Doc. 210).

The parties shall submit a proposed order in Word format to chambers.

Court is adjourned.